## United States District Court for the Northern District of Illinois

Case Number: 08cv1005     Assigned/Issued By: j. n.

Judge Name:     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☑ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                        _____
☐ Wage-Deduction Garnishment Summons   _____
                                        (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _2-21-08_ as to _ZB LIMITED PARTNERSHIP_
                                  (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05