# APPENDIX A

| ACCOUNT NUMBER | BALANCE AS OF 10/16/2007 | PAYMENT DUE DATE | MINIMUM PAYMENT | PAYMENT ENCLOSED |
|---|---|---|---|---|
|  | 10,100.73 | PAST DUE | 10,100.73 | $ |

Make Checks Payable To Unifund

# UNIFUND STATEMENT



PAUL COX

| MESSAGE FROM UNIFUND |
|---|
| YOUR ACCOUNT IS PAST DUE $10,100.73. THE PAST DUE AMOUNT IS INCLUDED IN THE MINIMUM PAYMENT. PLEASE REMIT IMMEDIATELY. IF YOU HAVE ALREADY SENT A PAYMENT FOR THE ABOVE AMOUNT, THANK YOU. |

**TRANSACTIONS:**

| Date | Transaction | Balance | Due | Payments | New Balance |
|---|---|---|---|---|---|
| 10/16/2007 | This Account Was Issued Under The Name Of FIRST USA BANK NA and Acquired From Palisades Acquisition XVI LLC. | 10,100.73 | 10,100.73 | 0 | 10,100.73 |

PROMPT CREDITING OF PAYMENTS. TO RECEIVE CREDIT FOR PAYMENTS AS OF THE DATE OF RECEIPT, WE MUST RECEIVE YOUR CHECK OR MONEY ORDER AT:

UNIFUND
10625 TECHWOODS CIRCLE
CINCINNATI, OH 45242

PAYMENTS RECEIVED AT THE ABOVE ADDRESS IN THE MANNER SPECIFIED AFTER THAT TIME WILL BE CREDITED TO YOUR ACCOUNT AS OF OUR NEXT BUSINESS DAY. THE CREDITING TO YOUR ACCOUNT OF PAYMENTS RECEIVED AT ANY LOCATION OTHER THAN THE ABOVE ADDRESS MAY BE DELAYED UP TO 5 DAYS OF RECEIPT.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. FEDERAL LAW REQUIRES US TO INFORM YOU THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.