# APPENDIX B
# Part I of III



*Dorothy Brown*
# Clerk *of the* Circuit Court
*Cook County*

*Division: Civil*
**Click on Case Number for Case Information Summary**

Name Search Results for: UNIFUND

| Case Number | Plaintiff | Defendant | Date Filed |
|---|---|---|---|
| 2008-M1-111681 | UNIFUND CCR PARTNE | HOOD ANTONIO | 02/13/2008 |
| 2008-M1-111682 | UNIFUND CCR PARTNE | IVANOVA RALICA Z | 02/13/2008 |
| 2008-M1-111683 | UNIFUND CCR PARTNE | JACOBS RAUL E | 02/13/2008 |
| 2008-M1-111684 | UNIFUND CCR PARTNE | JENNINGS CANDACE L | 02/13/2008 |
| 2008-M1-111685 | UNIFUND CCR PARTNE | MILLINER KERRY | 02/13/2008 |
| 2008-M1-111704 | UNIFUND CCR PARTNE | BARGIN ARIZONA W | 02/13/2008 |
| 2008-M1-111710 | UNIFUND CCR PARTNE | SCHULEWITZ ROBERT | 02/13/2008 |
| 2008-M1-111716 | UNIFUND CCR PARTNE | OLSON JOHN | 02/13/2008 |
| 2008-M1-111719 | UNIFUND CCR PARTNE | ALMOUJAHED MARIA | 02/13/2008 |
| 2008-M1-111720 | UNIFUND CCR PARTNE | CALVIN REGINA | 02/13/2008 |
| 2008-M1-111721 | UNIFUND CCR PARTNE | MARTIN VICTOR | 02/13/2008 |
| 2008-M1-111722 | UNIFUND CCR PARTNE | BROOKS YVONNE | 02/13/2008 |
| 2008-M1-111723 | UNIFUND CCR PARTNE | MACKOWSKA SYLWAI | 02/13/2008 |
| 2008-M1-111724 | UNIFUND CCR PARTNE | MARTIN JILLIAN M | 02/13/2008 |
| 2008-M1- | UNIFUND CCR | PRYOR JAMES | 02/13/2008 |

| | | | |
|---|---|---|---|
| 111725 | PARTNE | | |
| 2008-M1-111726 | UNIFUND CCR PARTNE | JOHNSON BONITA L | 02/13/2008 |
| 2008-M1-111727 | UNIFUND CCR PARTNE | GILTY MELVA | 02/13/2008 |
| 2008-M1-111728 | UNIFUND CCR PARTNE | CORDES FRANK H SR | 02/13/2008 |
| 2008-M1-111729 | UNIFUND CCR PARTNE | FELTON DIONNE | 02/13/2008 |
| 2008-M1-111730 | UNIFUND CCR PARTNE | CABRAL MARIA | 02/13/2008 |
| 2008-M1-111731 | UNIFUND CCR PARTNE | CORDES FRANK H SR | 02/13/2008 |
| 2008-M1-111732 | UNIFUND CCR PARTNE | WASHINGTON KAYE F | 02/13/2008 |
| 2008-M1-111733 | UNIFUND CCR PARTNE | CALVILLO RIUTH E | 02/13/2008 |
| 2008-M1-111734 | UNIFUND CCR PARTNE | PRUITT FAYE E | 02/13/2008 |
| 2008-M1-111735 | UNIFUND CCR PARTNE | OLUDE FATIMA P | 02/13/2008 |
| 2008-M1-111736 | UNIFUND CCR PARTNE | PRATL RACHEL | 02/13/2008 |
| 2008-M1-111737 | UNIFUND CCR PARTNE | NELSON DOROTHY | 02/13/2008 |
| 2008-M1-111739 | UNIFUND CCR PARTNE | HORTON JESSIE | 02/13/2008 |
| 2008-M1-111741 | UNIFUND CCR PARTNE | WRIGHT BERNICE | 02/13/2008 |
| 2008-M1-111743 | UNIFUND CCR PARTNE | MCDADE GWENDOLYN | 02/13/2008 |
| 2008-M1-111745 | UNIFUND CCR PARTNE | IVERY PAUL L | 02/13/2008 |
| 2008-M1-111746 | UNIFUND CCR PARTNE | MOORE ERMAN | 02/13/2008 |
| 2008-M1-111747 | UNIFUND CCR PARTNE | KOWALKOWSKI SUSAN | 02/13/2008 |
| 2008-M1-111748 | UNIFUND CCR PARTNE | MARSHALL MALANN | 02/13/2008 |
| 2008-M1-111749 | UNIFUND CCR PARTNE | JENKINS ANDREW | 02/13/2008 |
| 2008-M1-111750 | UNIFUND CCR PARTNE | NOLAN PAMELA | 02/13/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-111751 | UNIFUND CCR PARTNE | MCNEAL SUZETTE | 02/13/2008 |
| 2008-M1-111752 | UNIFUND CCR PARTNE | JACKSON KEVIN D | 02/13/2008 |
| 2008-M1-111753 | UNIFUND CCR PARTNE | HUDSON JAMES | 02/13/2008 |
| 2008-M1-111754 | UNIFUND CCR PARTNE | HUNTER DOROTHY J | 02/13/2008 |
| 2008-M1-111755 | UNIFUND CCR PARTNE | HARSTON GLENNESE | 02/13/2008 |
| 2008-M1-111756 | UNIFUND CCR PARTNE | KLEPEK LAWRENCE S | 02/13/2008 |
| 2008-M1-111757 | UNIFUND CCR PARTNE | HAMBRICK KAREN | 02/13/2008 |
| 2008-M1-111758 | UNIFUND CCR PARTNE | WEEKS RAINA | 02/13/2008 |
| 2008-M1-110423 | UNIFUND CCR PARTNE | GLAUM JULECE | 02/08/2008 |
| 2008-M1-110424 | UNIFUND CCR PARTNE | WILLIAMS VGER | 02/08/2008 |
| 2008-M1-110425 | UNIFUND CCR PARTNE | SMITH ALISA | 02/08/2008 |
| 2008-M1-110426 | UNIFUND CCR PARTNE | KILGORE LARRY | 02/08/2008 |
| 2008-M1-110427 | UNIFUND CCR PARTNE | PEARMAN MARCUS | 02/08/2008 |
| 2008-M1-110428 | UNIFUND CCR PARTNE | SMITH LORIE | 02/08/2008 |
| 2008-M1-110429 | UNIFUND CCR PARTNE | GALLARDO BRIAN | 02/08/2008 |
| 2008-M1-110430 | UNIFUND CCR PARTNE | THOMAS NAIMAH | 02/08/2008 |
| 2008-M1-110433 | UNIFUND CCR PARTNE | HARDIN KATHERINE | 02/08/2008 |
| 2008-M1-110438 | UNIFUND CCR PARTNE | BYERS SABRINA | 02/08/2008 |
| 2008-M1-110443 | UNIFUND CCR PARTNE | HUDSON LESLIE | 02/08/2008 |
| 2008-M1-110444 | UNIFUND CCR PARTNE | PETTIS LATRICIA | 02/08/2008 |
| 2008-M1-110445 | UNIFUND CCR PARTNE | EDWARDS JIMMIE | 02/08/2008 |
| 2008-M1- | UNIFUND CCR | | |

| | | | |
|---|---|---|---|
| 110446 | PARTNE | HUGHES TIARA | 02/08/2008 |
| 2008-M1-110447 | UNIFUND CCR PARTNE | SMITH TARRETTA | 02/08/2008 |
| 2008-M1-110448 | UNIFUND CCR PARTNE | HOSKINS LORAYNE Y | 02/08/2008 |
| 2008-M1-110450 | UNIFUND CCR PARTNE | GARRETT CHRIS | 02/08/2008 |
| 2008-M1-110451 | UNIFUND CCR PARTNE | WARREN SANDY | 02/08/2008 |
| 2008-M1-110453 | UNIFUND CCR PARTNE | SMITH EARL | 02/08/2008 |
| 2008-M1-110455 | UNIFUND CCR PARTNE | KILLINGSWORTH DANI | 02/08/2008 |
| 2008-M1-110456 | UNIFUND CCR PARTNE | WHITCOMB ANDREA | 02/08/2008 |
| 2008-M1-110458 | UNIFUND CCR PARTNE | BRADLEY LISA | 02/08/2008 |
| 2008-M1-110460 | UNIFUND CCR PARTNE | MCNEESE DEANNA | 02/08/2008 |
| 2008-M1-110462 | UNIFUND CCR PARTNE | MURPHY RACHELLE | 02/08/2008 |
| 2008-M1-110166 | UNIFUND CCR PARTNE | WASH KIMBERLY W | 02/07/2008 |
| 2008-M1-110168 | UNIFUND CCR PARTNE | WALLACE WOODROW | 02/07/2008 |
| 2008-M1-110169 | UNIFUND CCR PARTNE | WALKER CATHERINE | 02/07/2008 |
| 2008-M1-110171 | UNIFUND CCR PARTNE | TUFANO LOUIS D JR | 02/07/2008 |
| 2008-M1-110173 | UNIFUND CCR PARTNE | TOLBERT WILLIAM M | 02/07/2008 |
| 2008-M1-110176 | UNIFUND CCR PARTNE | CABRAL MARIA | 02/07/2008 |
| 2008-M1-110178 | UNIFUND CCR PARTNE | CAMPBELL LAURA J | 02/07/2008 |
| 2008-M1-110179 | UNIFUND CCR PARTNE | CACCIATORE NICHOLA | 02/07/2008 |
| 2008-M1-110182 | UNIFUND CCR PARTNE | WEBER JOHN A | 02/07/2008 |
| 2008-M1-110183 | UNIFUND CCR PARTNE | COMMER CALLIE | 02/07/2008 |
| 2008-M1-110186 | UNIFUND CCR PARTNE | HAYES DIANA | 02/07/2008 |

| 2008-M1-110189 | UNIFUND CCR PARTNE | HERNANDEZ GUILLERM | 02/07/2008 |
|---|---|---|---|
| 2008-M1-110190 | UNIFUND CCR PARTNE | HUNTER BRIDGETTE | 02/07/2008 |
| 2008-M1-110191 | UNIFUND CCR PARTNE | JOHNSON SHERRY | 02/07/2008 |
| 2008-M1-110192 | UNIFUND CCR PARTNE | PANKINS CAROLYN | 02/07/2008 |
| 2008-M1-110193 | UNIFUND CCR PARTNE | OCON PAULA P | 02/07/2008 |
| 2008-M1-110194 | UNIFUND CCR PARTNE | OCONNOR TIMOTHY J | 02/07/2008 |
| 2008-M1-110195 | UNIFUND CCR PARTNE | ODEH SAMEEH | 02/07/2008 |
| 2008-M1-110196 | UNIFUND CCR PARTNE | MOMBELEUR MICHELLE | 02/07/2008 |
| 2008-M1-110197 | UNIFUND CCR PARTNE | MIDVIGHI MARICEL | 02/07/2008 |
| 2008-M1-110198 | UNIFUND CCR PARTNE | JONES WILLIE M | 02/07/2008 |
| 2008-M1-110199 | UNIFUND CCR PARTNE | JONES WILLIE M | 02/07/2008 |
| 2008-M1-110201 | UNIFUND CCR PARTNE | JOHNSTON DONALD L | 02/07/2008 |
| 2008-M1-110204 | UNIFUND CCR PARTNE | WILLIAMS FELICIA D | 02/07/2008 |
| 2008-M1-110205 | UNIFUND CCR PARTNE | WINES DOROTHY J | 02/07/2008 |
| 2008-M1-110228 | UNIFUND CCR PARTNE | ACEVEDO ANGEL L | 02/07/2008 |
| 2008-M1-110230 | UNIFUND CCR PARTNE | BROWN NORMAN D | 02/07/2008 |
| 2008-M1-110231 | UNIFUND CCR PARTNE | ESPARZA DIANA | 02/07/2008 |
| 2008-M1-110232 | UNIFUND CCR PARTNE | NORWAY CHERI A | 02/07/2008 |
| 2008-M1-110234 | UNIFUND CCR PARTNE | ERICKSON SHIRLEY A | 02/07/2008 |
| 2008-M1-110235 | UNIFUND CCR PARTNE | MIRABEL REYES | 02/07/2008 |
| 2008-M1-110237 | UNIFUND CCR PARTNE | PAWLOWSKI KAREN M | 02/07/2008 |
| 2008-M1- | UNIFUND CCR | | |

| 110238 | PARTNE | DAVIS MIGUEL | 02/07/2008 |
|---|---|---|---|
| 2008-M1-110239 | UNIFUND CCR PARTNE | OWEN KIMBERLY A | 02/07/2008 |
| 2008-M1-110240 | UNIFUND CCR PARTNE | HIDALGO FERNANDO | 02/07/2008 |
| 2008-M1-110241 | UNIFUND CCR PARTNE | DROZDZ ZBIGNIEW J | 02/07/2008 |
| 2008-M1-110243 | UNIFUND CCR PARTNE | SLEDGE MELVIN | 02/07/2008 |
| 2008-M1-110244 | UNIFUND CCR PARTNE | HERNANDEZ BIANCA | 02/07/2008 |
| 2008-M1-110245 | UNIFUND CCR PARTNE | JONES SAMELLA | 02/07/2008 |
| 2008-M1-110247 | UNIFUND CCR PARTNE | BUENAVIDEZ OSCAR | 02/07/2008 |
| 2008-M1-110248 | UNIFUND CCR PARTNE | BURTS ALAN O | 02/07/2008 |
| 2008-M1-110249 | UNIFUND CCR PARTNE | WEBB JEFFERY T | 02/07/2008 |
| 2008-M1-110251 | UNIFUND CCR PARTNE | DIAZ SALVADOR | 02/07/2008 |
| 2008-M1-110252 | UNIFUND CCR PARTNE | LEMBERGER MARK S | 02/07/2008 |
| 2008-M1-110254 | UNIFUND CCR PARTNE | MONTGOMERY JENNIE | 02/07/2008 |
| 2008-M1-110255 | UNIFUND CCR PARTNE | IVEGUIRRE LUIS JR | 02/07/2008 |
| 2008-M1-110256 | UNIFUND CCR PARTNE | WILEY JAMES | 02/07/2008 |
| 2008-M1-110258 | UNIFUND CCR PARTNE | POFFENBERGER ROBER | 02/07/2008 |
| 2008-M1-110259 | UNIFUND CCR PARTNE | WOLF JAMES J | 02/07/2008 |
| 2008-M1-110260 | UNIFUND CCR PARTNE | KIM DAVID J | 02/07/2008 |
| 2008-M1-110261 | UNIFUND CCR PARTNE | GOODLOE DELORES | 02/07/2008 |
| 2008-M1-110262 | UNIFUND CCR PARTNE | SANSON SONJA | 02/07/2008 |
| 2008-M1-110264 | UNIFUND CCR PARTNE | WILLIAMSON TROY | 02/07/2008 |
| 2008-M1-110265 | UNIFUND CCR PARTNE | LYONS MARY | 02/07/2008 |

| 2008-M1-110266 | UNIFUND CCR PARTNE | CONNELLY MICHAEL A | 02/07/2008 |
| --- | --- | --- | --- |
| 2008-M1-110268 | UNIFUND CCR PARTNE | BURSICK DARRIN R | 02/07/2008 |
| 2008-M1-110269 | UNIFUND CCR PARTNE | HERNANDEZ RUBEN | 02/07/2008 |
| 2008-M1-110270 | UNIFUND CCR PARTNE | WASHINGTON TAMMY | 02/07/2008 |
| 2008-M1-110271 | UNIFUND CCR PARTNE | MAZA CARY E | 02/07/2008 |
| 2008-M1-110272 | UNIFUND CCR PARTNE | BEECHAM RAPHAEL | 02/07/2008 |
| 2008-M1-110273 | UNIFUND CCR PARTNE | EDGEWORTH MICHAEL | 02/07/2008 |
| 2008-M1-110274 | UNIFUND CCR PARTNE | FARQUHAR AIMEE J | 02/07/2008 |
| 2008-M1-110275 | UNIFUND CCR PARTNE | IOVINO CHRISTOPHER | 02/07/2008 |
| 2008-M1-110276 | UNIFUND CCR PARTNE | ESCALANTE RICHARDO | 02/07/2008 |
| 2008-M1-110277 | UNIFUND CCR PARTNE | BALCITA HUMILIDAD | 02/07/2008 |
| 2008-M1-110278 | UNIFUND CCR PARTNE | COSTA JOANN | 02/07/2008 |
| 2008-M1-110279 | UNIFUND CCR PARTNE | KELEMEN JAMES | 02/07/2008 |
| 2008-M1-110280 | UNIFUND CCR PARTNE | CANHAM CELINDA E | 02/07/2008 |
| 2008-M1-110281 | UNIFUND CCR PARTNE | ROUNDS MARK K | 02/07/2008 |
| 2008-M1-110282 | UNIFUND CCR PARTNE | BROOKS CHRISTI | 02/07/2008 |
| 2008-M1-110283 | UNIFUND CCR PARTNE | WILLIAMS JASON D | 02/07/2008 |
| 2008-M1-110284 | UNIFUND CCR PARTNE | HARMON RYAN C | 02/07/2008 |
| 2008-M1-110285 | UNIFUND CCR PARTNE | CARLBERG STEVEN K | 02/07/2008 |
| 2008-M1-110286 | UNIFUND CCR PARTNE | CAMPOS ASCENSION F | 02/07/2008 |
| 2008-M1-110287 | UNIFUND CCR PARTNE | NOFAL ZACK | 02/07/2008 |
| 2008-M1- | UNIFUND CCR | | |

| | | | |
|---|---|---|---|
| 110288 | PARTNE | WINESBERRY MICHELL | 02/07/2008 |
| 2008-M1-110289 | UNIFUND CCR PARTNE | SILVA LISBETH | 02/07/2008 |
| 2008-M1-110290 | UNIFUND CCR PARTNE | SANDERS ALBERTA S | 02/07/2008 |
| 2008-M1-110291 | UNIFUND CCR PARTNE | RUSSELL LEE C | 02/07/2008 |
| 2008-M1-110292 | UNIFUND CCR PARTNE | WALKER CATHERINE | 02/07/2008 |
| 2008-M1-110293 | UNIFUND CCR PARTNE | THORNTON PAUL G | 02/07/2008 |
| 2008-M1-110294 | UNIFUND CCR PARTNE | TOWERS QUINCY | 02/07/2008 |
| 2008-M1-110295 | UNIFUND CCR PARTNE | TRIPLETT JEROME | 02/07/2008 |
| 2008-M1-110296 | UNIFUND CCR PARTNE | WULFSTAT JULIE L | 02/07/2008 |
| 2008-M1-110297 | UNIFUND CCR PARTNE | WRIGHT STEVEN D | 02/07/2008 |
| 2008-M1-110298 | UNIFUND CCR PARTNE | WILLIAMS WILLIE | 02/07/2008 |
| 2008-M1-110299 | UNIFUND CCR PARTNE | RUIZ HUGH N | 02/07/2008 |
| 2008-M1-110300 | UNIFUND CCR PARTNE | ROBINSON THEDA R | 02/07/2008 |
| 2008-M1-110301 | UNIFUND CCR PARTNE | RAHMAN KELLY | 02/07/2008 |
| 2008-M1-110302 | UNIFUND CCR PARTNE | RICE JOHN | 02/07/2008 |
| 2008-M1-110303 | UNIFUND CCR PARTNE | COSTANZO NICOLE R | 02/07/2008 |
| 2008-M1-110305 | UNIFUND CCR PARTNE | HAYES DIANA M | 02/07/2008 |
| 2008-M1-110307 | UNIFUND CCR PARTNE | HAWVER KEVIN J | 02/07/2008 |
| 2008-M1-110341 | UNIFUND CCR PARTNE | JACKSON SHIRLEY D | 02/07/2008 |
| 2008-M1-110342 | UNIFUND CCR PARTNE | JOHNSON JERRY | 02/07/2008 |
| 2008-M1-110343 | UNIFUND CCR PARTNE | JOHNSON JERRY | 02/07/2008 |
| 2008-M1-110344 | UNIFUND CCR PARTNE | KAREOTES JOHN K | 02/07/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-110345 | UNIFUND CCR PARTNE | JONES ANGELA L | 02/07/2008 |
| 2008-M1-110346 | UNIFUND CCR PARTNE | KAREOTES JOHN | 02/07/2008 |
| 2008-M1-110347 | UNIFUND CCR PARTNE | GORDON BRIAN M | 02/07/2008 |
| 2008-M1-110352 | UNIFUND CCR PARTNE | GRIFFIN HARRISON | 02/07/2008 |
| 2008-M1-110357 | UNIFUND CCR PARTNE | HALL CECIL JR | 02/07/2008 |
| 2008-M1-110365 | UNIFUND CCR PARTNE | HANSBROUGH MICHELL | 02/07/2008 |
| 2008-M1-110371 | UNIFUND CCR PARTNE | IDOL CHAD | 02/07/2008 |
| 2008-M1-110376 | UNIFUND CCR PARTNE | HOFFMAN HALINA | 02/07/2008 |
| 2008-M1-110377 | UNIFUND CCR PARTNE | TENUTA SALVATORE | 02/07/2008 |
| 2008-M1-110380 | UNIFUND CCR PARTNE | SIMPSON KEVIN M | 02/07/2008 |
| 2008-M1-110381 | UNIFUND CCR PARTNE | STACKER LENISE | 02/07/2008 |
| 2008-M1-110382 | UNIFUND CCR PARTNE | PIPER TIMOTHY | 02/07/2008 |
| 2008-M1-110383 | UNIFUND CCR PARTNE | PETTAWAY LOUISA | 02/07/2008 |
| 2008-M1-110384 | UNIFUND CCR PARTNE | PRESTA DAVID R | 02/07/2008 |
| 2008-M1-110385 | UNIFUND CCR PARTNE | MILES CYNTHIA | 02/07/2008 |
| 2008-M1-110386 | UNIFUND CCR PARTNE | MOODY SAMANTHA | 02/07/2008 |
| 2008-M1-110387 | UNIFUND CCR PARTNE | NEAL CHERYL | 02/07/2008 |
| 2008-M1-110388 | UNIFUND CCR PARTNE | PANKINS CAROLYN | 02/07/2008 |
| 2008-M1-110389 | UNIFUND CCR PARTNE | NIETO JUAN | 02/07/2008 |
| 2008-M1-109663 | UNIFUND CCR PARTNE | RIVERA GERARDO | 02/06/2008 |
| 2008-M1-109666 | UNIFUND CCR PARTNE | TAYLOR CAROL | 02/06/2008 |
| 2008-M1- | UNIFUND CCR | | |

| 109668 | PARTNE | DOBBINS MARC B IV | 02/06/2008 |
| 2008-M1-109669 | UNIFUND CCR PARTNE | SCRUTCHINGS ANN B | 02/06/2008 |
| 2008-M1-109671 | UNIFUND CCR PARTNE | STRONG CAROLYN | 02/06/2008 |
| 2008-M1-109672 | UNIFUND CCR PARTNE | COLBY LAURA | 02/06/2008 |
| 2008-M1-109678 | UNIFUND CCR PARTNE | MUSIAL BOGUSLAW | 02/06/2008 |
| 2008-M1-109680 | UNIFUND CCR PARTNE | DANIEL GENOBIE G | 02/06/2008 |
| 2008-M1-109682 | UNIFUND CCR PARTNE | REYES ANTONIO | 02/06/2008 |
| 2008-M1-109684 | UNIFUND CCR PARTNE | LUSA TAMARA M | 02/06/2008 |
| 2008-M1-109685 | UNIFUND CCR PARTNE | DRAKE LEE I | 02/06/2008 |
| 2008-M1-109688 | UNIFUND CCR PARTNE | WILLIAMS EMMA J | 02/06/2008 |
| 2008-M1-109690 | UNIFUND CCR PARTNE | RODRIGUEZ HILARIO | 02/06/2008 |
| 2008-M1-109692 | UNIFUND CCR PARTNE | JONES JEREMY | 02/06/2008 |
| 2008-M1-109695 | UNIFUND CCR PARTNE | MORALES FRANCISCO | 02/06/2008 |
| 2008-M1-109696 | UNIFUND CCR PARTNE | JOHNSON MARVITA L | 02/06/2008 |
| 2008-M1-109698 | UNIFUND CCR PARTNE | ORELOVE GABRIEL E | 02/06/2008 |
| 2008-M1-109700 | UNIFUND CCR PARTNE | THOMAS TIMOTHY P | 02/06/2008 |
| 2008-M1-109703 | UNIFUND CCR PARTNE | HEATH FAITH A | 02/06/2008 |
| 2008-M1-109705 | UNIFUND CCR PARTNE | MUELLER ADAM T | 02/06/2008 |
| 2008-M1-109707 | UNIFUND CCR PARTNE | DAMPIER SONIA | 02/06/2008 |
| 2008-M1-109709 | UNIFUND CCR PARTNE | HOCKENBERRY ELIZA | 02/06/2008 |
| 2008-M1-109711 | UNIFUND CCR PARTNE | GUERRERO ERIC | 02/06/2008 |
| 2008-M1-109713 | UNIFUND CCR PARTNE | MCGINNIS MICHAEL A | 02/06/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-109715 | UNIFUND CCR PARTNE | FISHER DAVID M | 02/06/2008 |
| 2008-M1-109716 | UNIFUND CCR PARTNE | HERRERA REBECCA | 02/06/2008 |
| 2008-M1-109717 | UNIFUND CCR PARTNE | ROBINSON JASON L | 02/06/2008 |
| 2008-M1-109719 | UNIFUND CCR PARTNE | GREEN GARY A | 02/06/2008 |
| 2008-M1-109720 | UNIFUND CCR PARTNE | ATIYENSALEM ATIYEH | 02/06/2008 |
| 2008-M1-109722 | UNIFUND CCR PARTNE | ALI TARIQ | 02/06/2008 |
| 2008-M1-109723 | UNIFUND CCR PARTNE | GARCIA ADAN | 02/06/2008 |
| 2008-M1-109724 | UNIFUND CCR PARTNE | PETCOGLOU EVMORFIA | 02/06/2008 |
| 2008-M1-109726 | UNIFUND CCR PARTNE | STAFFORD LAKEISHA | 02/06/2008 |
| 2008-M1-109727 | UNIFUND CCR PARTNE | WASHINGTON KAYE F | 02/06/2008 |
| 2008-M1-109729 | UNIFUND CCR PARTNE | RANDLE LISA L | 02/06/2008 |
| 2008-M1-109732 | UNIFUND CCR PARTNE | IOVINO CHERYL MARI | 02/06/2008 |
| 2008-M1-109734 | UNIFUND CCR PARTNE | TORRES JASON | 02/06/2008 |
| 2008-M1-109738 | UNIFUND CCR PARTNE | BRADLEY LAURETTA M | 02/06/2008 |
| 2008-M1-109224 | UNIFUND CCR PARTNE | PLANJE VANESSA | 02/05/2008 |
| 2008-M1-109225 | UNIFUND CCR PARTNE | GALLO REINA I | 02/05/2008 |
| 2008-M1-109229 | UNIFUND CCR PARTNE | KNOX ANDREA E | 02/05/2008 |
| 2008-M1-109231 | UNIFUND CCR PARTNE | WISE KISHEL L | 02/05/2008 |
| 2008-M1-109232 | UNIFUND CCR PARTNE | ROSA ALVARADO | 02/05/2008 |
| 2008-M1-109233 | UNIFUND CCR PARTNE | OSINOWO MOTOLANI A | 02/05/2008 |
| 2008-M1-109234 | UNIFUND CCR PARTNE | KING LARRY D | 02/05/2008 |
| 2008-M1- | UNIFUND CCR | | |

| 109235 | PARTNE | WRIGHT GARFIELD A | 02/05/2008 |
| 2008-M1-109236 | UNIFUND CCR PARTNE | WASHINGTON JOE | 02/05/2008 |
| 2008-M1-109237 | UNIFUND CCR PARTNE | GOMEZ ANDRUS | 02/05/2008 |
| 2008-M1-109238 | UNIFUND CCR PARTNE | GALLEGOS JOSE A JR | 02/05/2008 |
| 2008-M1-109239 | UNIFUND CCR PARTNE | HALL CECIL JR | 02/05/2008 |
| 2008-M1-109240 | UNIFUND CCR PARTNE | GIL JOSE J | 02/05/2008 |
| 2008-M1-109241 | UNIFUND CCR PARTNE | GILDART MARION F | 02/05/2008 |
| 2008-M1-109242 | UNIFUND CCR PARTNE | GILTY MELVA | 02/05/2008 |
| 2008-M1-109243 | UNIFUND CCR PARTNE | FIZER DEBORAH | 02/05/2008 |
| 2008-M1-109244 | UNIFUND CCR PARTNE | ORTIZ JOSE L | 02/05/2008 |
| 2008-M1-109245 | UNIFUND CCR PARTNE | DOMINICK RICHARD | 02/05/2008 |
| 2008-M1-109246 | UNIFUND CCR PARTNE | LEWIS ROBIN | 02/05/2008 |
| 2008-M1-109247 | UNIFUND CCR PARTNE | PARTEE WILLIE | 02/05/2008 |
| 2008-M1-109248 | UNIFUND CCR PARTNE | STILLWATER ESTHER | 02/05/2008 |
| 2008-M1-109249 | UNIFUND CCR PARTNE | DEAN MOLLIE | 02/05/2008 |
| 2008-M1-109250 | UNIFUND CCR PARTNE | DAMPIER GEORGIA | 02/05/2008 |
| 2008-M1-109251 | UNIFUND CCR PARTNE | TENUTA SALVATORE F | 02/05/2008 |
| 2008-M1-109252 | UNIFUND CCR PARTNE | LAWS OTIS JR | 02/05/2008 |
| 2008-M1-109253 | UNIFUND CCR PARTNE | SCOTT ROGER L JR | 02/05/2008 |
| 2008-M1-109254 | UNIFUND CCR PARTNE | RUSHING WILLIE | 02/05/2008 |
| 2008-M1-109255 | UNIFUND CCR PARTNE | MCCLENDON ODELL F | 02/05/2008 |
| 2008-M1-109256 | UNIFUND CCR PARTNE | ROSADO MOISES JR | 02/05/2008 |

| 2008-M1-109257 | UNIFUND CCR PARTNE | PRESTA DAVID R | 02/05/2008 |
| --- | --- | --- | --- |
| 2008-M1-109258 | UNIFUND CCR PARTNE | HIGH RANDY | 02/05/2008 |
| 2008-M1-109259 | UNIFUND CCR PARTNE | PANKINS CAROLYN | 02/05/2008 |
| 2008-M1-109260 | UNIFUND CCR PARTNE | FENNER SOREIDA M | 02/05/2008 |
| 2008-M1-109263 | UNIFUND CCR PARTNE | BRINKLEY KIMBERLY | 02/05/2008 |
| 2008-M1-109264 | UNIFUND CCR PARTNE | HORTON MELVINA | 02/05/2008 |
| 2008-M1-109267 | UNIFUND CCR PARTNE | BRZOZOWSKI ERNEST | 02/05/2008 |
| 2008-M1-109269 | UNIFUND CCR PARTNE | ANDERSON EDGAR | 02/05/2008 |
| 2008-M1-109272 | UNIFUND CCR PARTNE | OWENS SANDRA | 02/05/2008 |
| 2008-M1-109273 | UNIFUND CCR PARTNE | AKEL ASHRAF | 02/05/2008 |
| 2008-M1-109274 | UNIFUND CCR PARTNE | ADAMS ROBERT | 02/05/2008 |
| 2008-M1-109275 | UNIFUND CCR PARTNE | LACEY NEDRA | 02/05/2008 |
| 2008-M1-109276 | UNIFUND CCR PARTNE | CATER GREGORY J | 02/05/2008 |
| 2008-M1-109289 | UNIFUND CCR PARTNE | WICKHAM DIANE E | 02/05/2008 |
| 2008-M1-109293 | UNIFUND CCR PARTNE | WICKHAM DIANE E | 02/05/2008 |
| 2008-M1-109294 | UNIFUND CCR PARTNE | SILVA LISBETH | 02/05/2008 |
| 2008-M1-109300 | UNIFUND CCR PARTNE | WISEMAN MARTHA | 02/05/2008 |
| 2008-M1-109303 | UNIFUND CCR PARTNE | HALL CECIL JR | 02/05/2008 |
| 2008-M1-109306 | UNIFUND CCR PARTNE | GOMEZ FEDERICO | 02/05/2008 |
| 2008-M1-109310 | UNIFUND CCR PARTNE | FORD DERRICK B | 02/05/2008 |
| 2008-M1-109311 | UNIFUND CCR PARTNE | ESTRADA ANGEL | 02/05/2008 |
| 2008-M1- | UNIFUND CCR | | |

| | | | |
|---|---|---|---|
| 109313 | PARTNE | EDEBOR MATHEW | 02/05/2008 |
| 2008-M1-109315 | UNIFUND CCR PARTNE | SOSA ALAN | 02/05/2008 |
| 2008-M1-109316 | UNIFUND CCR PARTNE | BROOKS YVONNE | 02/05/2008 |
| 2008-M1-109321 | UNIFUND CCR PARTNE | ASHAYE SULAIMAN A | 02/05/2008 |
| 2008-M1-109323 | UNIFUND CCR PARTNE | WILKERSON PATRICIA | 02/05/2008 |
| 2008-M1-109324 | UNIFUND CCR PARTNE | WINES DOROTHY J | 02/05/2008 |
| 2008-M1-108848 | UNIFUND CCR PARTNE | EDWARDS REGINA N | 02/04/2008 |
| 2008-M1-108850 | UNIFUND CCR PARTNE | DAVIES DANIEL S | 02/04/2008 |
| 2008-M1-108851 | UNIFUND CCR PARTNE | HAUSEN MICHAEL R | 02/04/2008 |
| 2008-M1-108852 | UNIFUND CCR PARTNE | SCHULTZ THOMAS J | 02/04/2008 |
| 2008-M1-108854 | UNIFUND CCR PARTNE | MAY EDWARD J | 02/04/2008 |
| 2008-M1-108855 | UNIFUND CCR PARTNE | RAMIREZ RAMON | 02/04/2008 |
| 2008-M1-108856 | UNIFUND CCR PARTNE | JAMES JEROME J | 02/04/2008 |
| 2008-M1-108857 | UNIFUND CCR PARTNE | LLPEZ RICARDO S | 02/04/2008 |
| 2008-M1-108859 | UNIFUND CCR PARTNE | WYDERSKI JACOB A | 02/04/2008 |
| 2008-M1-108860 | UNIFUND CCR PARTNE | ELDER CASPER W | 02/04/2008 |
| 2008-M1-108255 | UNIFUND CCR PARTNE | BERMEO CIOMARA | 02/01/2008 |
| 2008-M1-108256 | UNIFUND CCR PARTNE | HELFGOTT VANESSA B | 02/01/2008 |
| 2008-M1-108257 | UNIFUND CCR PARTNE | SOTELO JUAN | 02/01/2008 |
| 2008-M1-108258 | UNIFUND CCR PARTNE | BROWN VICTOR B | 02/01/2008 |
| 2008-M1-108259 | UNIFUND CCR PARTNE | GERAGHTY THOMAS | 02/01/2008 |
| 2008-M1-108260 | UNIFUND CCR PARTNE | JACKSON SHARITA L | 02/01/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-108261 | UNIFUND CCR PARTNE | RANDRUM THEODOSIA | 02/01/2008 |
| 2008-M1-108262 | UNIFUND CCR PARTNE | BUNACIU DORINA | 02/01/2008 |
| 2008-M1-108264 | UNIFUND CCR PARTNE | RATTLER LAKEISHA D | 02/01/2008 |
| 2008-M1-108266 | UNIFUND CCR PARTNE | JONES ARTESIA A | 02/01/2008 |
| 2008-M1-108267 | UNIFUND CCR PARTNE | GUERRERO DEMETRIO | 02/01/2008 |
| 2008-M1-108268 | UNIFUND CCR PARTNE | STEVENSON ANDREW | 02/01/2008 |
| 2008-M1-108269 | UNIFUND CCR PARTNE | NOWAK MARZENA | 02/01/2008 |
| 2008-M1-108270 | UNIFUND CCR PARTNE | ADAMS SAMUEL E | 02/01/2008 |
| 2008-M1-108271 | UNIFUND CCR PARTNE | MOORE ROBERT | 02/01/2008 |
| 2008-M1-108272 | UNIFUND CCR PARTNE | RIDGE JEFFREY R | 02/01/2008 |
| 2008-M1-108273 | UNIFUND CCR PARTNE | ZABAB D I | 02/01/2008 |
| 2008-M1-108274 | UNIFUND CCR PARTNE | BERRUECOS MARIA L | 02/01/2008 |
| 2008-M1-108275 | UNIFUND CCR PARTNE | SHEPPARD BRIGGETTE | 02/01/2008 |
| 2008-M1-108276 | UNIFUND CCR PARTNE | BORCHEK MICHAEL A | 02/01/2008 |
| 2008-M1-108277 | UNIFUND CCR PARTNE | LOPEZ ELSA M | 02/01/2008 |
| 2008-M1-108278 | UNIFUND CCR PARTNE | BOJAR RITA A | 02/01/2008 |
| 2008-M1-108279 | UNIFUND CCR PARTNE | BANKS JOHNNIE H | 02/01/2008 |
| 2008-M1-108281 | UNIFUND CCR PARTNE | REARIC BRADLEY E | 02/01/2008 |
| 2008-M1-108283 | UNIFUND CCR PARTNE | JAUAMA MOHAMAD | 02/01/2008 |
| 2008-M1-108284 | UNIFUND CCR PARTNE | FERNANDEZ MARYANN | 02/01/2008 |
| 2008-M1-108285 | UNIFUND CCR PARTNE | RODGERS MELODY E | 02/01/2008 |
| 2008-M1- | UNIFUND CCR | | |