# APPENDIX B
## Part III of III

| 101776 | PARTNE | EDDIE PEREZ | 01/09/2008 |
|---|---|---|---|
| 2008-M1-101777 | UNIFUND CCR PARTNE | COBB RAVEN | 01/09/2008 |
| 2008-M1-101779 | UNIFUND CCR PARTNE | CLASBERRY DARRIUS | 01/09/2008 |
| 2008-M1-101780 | UNIFUND CCR PARTNE | CHINN ADDIE | 01/09/2008 |
| 2008-M1-101781 | UNIFUND CCR PARTNE | CHILDS LESTER A | 01/09/2008 |
| 2008-M1-101782 | UNIFUND CCR PARTNE | GORMAN SHELIA C | 01/09/2008 |
| 2008-M1-101783 | UNIFUND CCR PARTNE | ELLIS ORA | 01/09/2008 |
| 2008-M1-101784 | UNIFUND CCR PARTNE | EMERY QUIANA | 01/09/2008 |
| 2008-M1-101785 | UNIFUND CCR PARTNE | GANT HAROLD JR | 01/09/2008 |
| 2008-M1-101786 | UNIFUND CCR PARTNE | LEE GRACE | 01/09/2008 |
| 2008-M1-101787 | UNIFUND CCR PARTNE | GOMEZ GUS | 01/09/2008 |
| 2008-M1-101788 | UNIFUND CCR PARTNE | HUDA MORRIS | 01/09/2008 |
| 2008-M1-101789 | UNIFUND CCR PARTNE | STIMETZ HEATHER L | 01/09/2008 |
| 2008-M1-101790 | UNIFUND CCR PARTNE | STRUTZENBERG MARGA | 01/09/2008 |
| 2008-M1-101803 | UNIFUND CCR PARTNE | MCCANN NEIL A | 01/09/2008 |
| 2008-M1-101807 | UNIFUND CCR PARTNE | MAOUNIS GREGORY | 01/09/2008 |
| 2008-M1-101811 | UNIFUND CCR PARTNE | LOCKE LATOYA L | 01/09/2008 |
| 2008-M1-101813 | UNIFUND CCR PARTNE | PENNIX DANA V | 01/09/2008 |
| 2008-M1-101448 | UNIFUND CCR PARTNE | NUNN ALEX | 01/08/2008 |
| 2008-M1-101449 | UNIFUND CCR PARTNE | VENTURELLA LINDA | 01/08/2008 |
| 2008-M1-101450 | UNIFUND CCR PARTNE | MOLINI KELLY M | 01/08/2008 |
| 2008-M1-101452 | UNIFUND CCR PARTNE | ALVAREZ RUBEN P | 01/08/2008 |

| 2008-M1-101453 | UNIFUND CCR PARTNE | HOLUB ELIZABETH D | 01/08/2008 |
|---|---|---|---|
| 2008-M1-101454 | UNIFUND CCR PARTNE | JAIMES TONI | 01/08/2008 |
| 2008-M1-101455 | UNIFUND CCR PARTNE | BORDEN LESLIE J | 01/08/2008 |
| 2008-M1-101456 | UNIFUND CCR PARTNE | JENKINS SHIRLEY | 01/08/2008 |
| 2008-M1-101457 | UNIFUND CCR PARTNE | GONZALEZ BRANDON | 01/08/2008 |
| 2008-M1-101458 | UNIFUND CCR PARTNE | GRUZANSKI ROBERT C | 01/08/2008 |
| 2008-M1-101459 | UNIFUND CCR PARTNE | GUTIERREZ MARIA F | 01/08/2008 |
| 2008-M1-101460 | UNIFUND CCR PARTNE | HANE PAUL | 01/08/2008 |
| 2008-M1-101461 | UNIFUND CCR PARTNE | EVANS FAROU JR | 01/08/2008 |
| 2008-M1-101462 | UNIFUND CCR PARTNE | PATTERSON JOHN A | 01/08/2008 |
| 2008-M1-101561 | UNIFUND CCR PARTNE | PEREZ ARMANDO | 01/08/2008 |
| 2008-M1-101564 | UNIFUND CCR PARTNE | PINEDA MARIA GUADA | 01/08/2008 |
| 2008-M1-101566 | UNIFUND CCR PARTNE | PIOTROWSKA AGNIESZ | 01/08/2008 |
| 2008-M1-101567 | UNIFUND CCR PARTNE | QUINTERO REBECCA | 01/08/2008 |
| 2008-M1-101568 | UNIFUND CCR PARTNE | HICKS LASINA J | 01/08/2008 |
| 2008-M1-101569 | UNIFUND CCR PARTNE | HERRERA MARIA | 01/08/2008 |
| 2008-M1-101570 | UNIFUND CCR PARTNE | FERNANDEZ MARYANN | 01/08/2008 |
| 2008-M1-101572 | UNIFUND CCR PARTNE | GREIN DENISE | 01/08/2008 |
| 2008-M1-101576 | UNIFUND CCR PARTNE | GILLIAM CAMILLE | 01/08/2008 |
| 2008-M1-101579 | UNIFUND CCR PARTNE | GATSCHET JANA | 01/08/2008 |
| 2008-M1-101584 | UNIFUND CCR PARTNE | GHARY NADONNA M | 01/08/2008 |
| 2008-M1- | UNIFUND CCR | | |

| 101592 | PARTNE | JOHNSON TERRENCE L | 01/08/2008 |
|---|---|---|---|
| 2008-M1-101597 | UNIFUND CCR PARTNE | HOLLOWAY LARRY | 01/08/2008 |
| 2008-M1-101601 | UNIFUND CCR PARTNE | HOFER AUTOMN | 01/08/2008 |
| 2008-M1-101605 | UNIFUND CCR PARTNE | TORRES ANGEL | 01/08/2008 |
| 2008-M1-101609 | UNIFUND CCR PARTNE | TYLER DOROTHY | 01/08/2008 |
| 2008-M1-101613 | UNIFUND CCR PARTNE | VICTOR HARRIS | 01/08/2008 |
| 2008-M1-101615 | UNIFUND CCR PARTNE | WEBSTER ARCHIE | 01/08/2008 |
| 2008-M1-101617 | UNIFUND CCR PARTNE | WHITSETT COLIE | 01/08/2008 |
| 2008-M1-101619 | UNIFUND CCR PARTNE | WIGGINS TRACIE Y | 01/08/2008 |
| 2008-M1-101620 | UNIFUND CCR PARTNE | WILLIAMS FELIX | 01/08/2008 |
| 2008-M1-101621 | UNIFUND CCR PARTNE | WILLIAMS LARRY J | 01/08/2008 |
| 2008-M1-101622 | UNIFUND CCR PARTNE | WILLS SANDRA E | 01/08/2008 |
| 2008-M1-101623 | UNIFUND CCR PARTNE | ZACARIAS DELFINO | 01/08/2008 |
| 2008-M1-101624 | UNIFUND CCR PARTNE | REGALA ALAN V | 01/08/2008 |
| 2008-M1-100914 | UNIFUND CCR PARTNE | BRADFORD CHARLES | 01/07/2008 |
| 2008-M1-100915 | UNIFUND CCR PARTNE | PARRISH MARY E | 01/07/2008 |
| 2008-M1-100916 | UNIFUND CCR PARTNE | PELLER LANE M | 01/07/2008 |
| 2008-M1-100917 | UNIFUND CCR PARTNE | BASSALI MICHAEL M | 01/07/2008 |
| 2008-M1-100918 | UNIFUND CCR PARTNE | BOYD SAPHRONIA | 01/07/2008 |
| 2008-M1-100919 | UNIFUND CCR PARTNE | HUSENGER GEORGE P | 01/07/2008 |
| 2008-M1-100920 | UNIFUND CCR PARTNE | GLENN MARGARET | 01/07/2008 |
| 2008-M1-100921 | UNIFUND CCR PARTNE | KWIE CINSKI SOPHIE | 01/07/2008 |

| 2008-M1-100922 | UNIFUND CCR PARTNE | LAING ILANA V | 01/07/2008 |
|---|---|---|---|
| 2008-M1-100923 | UNIFUND CCR PARTNE | WINDER JOAN | 01/07/2008 |
| 2008-M1-100924 | UNIFUND CCR PARTNE | THURMAN MARGARET K | 01/07/2008 |
| 2008-M1-100570 | UNIFUND CCR PARTNE | THOMAS JACOB | 01/04/2008 |
| 2008-M1-100571 | UNIFUND CCR PARTNE | BOLOHAN MARCEL | 01/04/2008 |
| 2008-M1-100572 | UNIFUND CCR PARTNE | MADISON LISA | 01/04/2008 |
| 2008-M1-100573 | UNIFUND CCR PARTNE | PARHAM AVRAIL M | 01/04/2008 |
| 2008-M1-100574 | UNIFUND CCR PARTNE | GRIFFIN EDDIE J | 01/04/2008 |
| 2008-M1-100575 | UNIFUND CCR PARTNE | GROVES LOUISE E | 01/04/2008 |
| 2008-M1-100576 | UNIFUND CCR PARTNE | KLEVAN LAWRENCE W | 01/04/2008 |
| 2008-M1-100577 | UNIFUND CCR PARTNE | RUIZ CYNTHIA A | 01/04/2008 |
| 2008-M1-100578 | UNIFUND CCR PARTNE | MORAN ERIN | 01/04/2008 |
| 2008-M1-100579 | UNIFUND CCR PARTNE | PAZARAN ANTONIO R | 01/04/2008 |
| 2008-M1-100580 | UNIFUND CCR PARTNE | MUGADILI LEONARD | 01/04/2008 |
| 2008-M1-100000 | UNIFUND CCR PARTNE | MANFRED VISOCKAS | 01/02/2008 |
| 2008-M1-100001 | UNIFUND CCR PARTNE | NOAH TERRY G | 01/02/2008 |
| 2008-M1-100002 | UNIFUND CCR PARTNE | WILSON TASHA M | 01/02/2008 |
| 2008-M1-100003 | UNIFUND CCR PARTNE | SHARKEY JEROME | 01/02/2008 |
| 2008-M1-100004 | UNIFUND CCR PARTNE | TONY PRIETO | 01/02/2008 |
| 2008-M1-100005 | UNIFUND CCR PARTNE | WILMA KING | 01/02/2008 |
| 2008-M1-100006 | UNIFUND CCR PARTNE | OSBOURNE KEITH A | 01/02/2008 |
| 2008-M1- | UNIFUND CCR | | |

| 100007 | PARTNE | BROWN JANET | 01/02/2008 |
|---|---|---|---|
| 2008-M1-100008 | UNIFUND CCR PARTNE | HARPER THERON C | 01/02/2008 |
| 2008-M1-100009 | UNIFUND CCR PARTNE | REGALADO JUAN | 01/02/2008 |
| 2008-M1-100010 | UNIFUND CCR PARTNE | RIVERA JUDITH | 01/02/2008 |
| 2008-M1-100011 | UNIFUND CCR PARTNE | SALAHUDDIN JAMILLA | 01/02/2008 |
| 2008-M1-100012 | UNIFUND CCR PARTNE | SALAZAR BENITO | 01/02/2008 |
| 2008-M1-100013 | UNIFUND CCR PARTNE | SMITH AISHA M | 01/02/2008 |
| 2008-M1-100014 | UNIFUND CCR PARTNE | SMITH ILENE L | 01/02/2008 |
| 2008-M1-100015 | UNIFUND CCR PARTNE | PILCHER KATHY | 01/02/2008 |
| 2008-M1-100016 | UNIFUND CCR PARTNE | TATE ELBERT C | 01/02/2008 |
| 2008-M1-100017 | UNIFUND CCR PARTNE | SMITH LANNETTA M | 01/02/2008 |
| 2008-M1-100018 | UNIFUND CCR PARTNE | SMITH TIMOTHY | 01/02/2008 |
| 2008-M1-100019 | UNIFUND CCR PARTNE | WALKER MARTIN | 01/02/2008 |
| 2008-M1-100020 | UNIFUND CCR PARTNE | MUBASHIRUDDIN KHAJ | 01/02/2008 |
| 2008-M1-100021 | UNIFUND CCR PARTNE | KRUEGER ALBERT M | 01/02/2008 |
| 2008-M1-100022 | UNIFUND CCR PARTNE | RATTLIFFE TAMARA S | 01/02/2008 |
| 2008-M1-100023 | UNIFUND CCR PARTNE | NOVAK LYNNE M | 01/02/2008 |
| 2008-M1-100024 | UNIFUND CCR PARTNE | PANDOLFO VICTORIA | 01/02/2008 |
| 2008-M1-100203 | UNIFUND CCR PARTNE | STURGEON CHRISTINE | 01/02/2008 |
| 2008-M1-100204 | UNIFUND CCR PARTNE | DEJESUS GAYLE L | 01/02/2008 |
| 2008-M1-100205 | UNIFUND CCR PARTNE | CARLOS RAMIREZ | 01/02/2008 |
| 2008-M1-100206 | UNIFUND CCR PARTNE | CLARK CYNTHIA D | 01/02/2008 |

| 2008-M1-100207 | UNIFUND CCR PARTNE | CHOE CINDY Y | 01/02/2008 |
|---|---|---|---|
| 2008-M1-100208 | UNIFUND CCR PARTNE | CHAMBERLAIN BRYAN | 01/02/2008 |
| 2008-M1-100209 | UNIFUND CCR PARTNE | CARTER CHRIS | 01/02/2008 |
| 2008-M1-100210 | UNIFUND CCR PARTNE | MORALES MARIA | 01/02/2008 |
| 2008-M1-100211 | UNIFUND CCR PARTNE | MILLER ERICA L | 01/02/2008 |
| 2008-M1-100212 | UNIFUND CCR PARTNE | MCCULLOUGH TOMMY | 01/02/2008 |
| 2008-M1-100213 | UNIFUND CCR PARTNE | THARPE RANDA A LUS | 01/02/2008 |
| 2008-M1-100214 | UNIFUND CCR PARTNE | KING THORNTON J | 01/02/2008 |
| 2008-M1-100215 | UNIFUND CCR PARTNE | KALDIS PERIKLIS | 01/02/2008 |
| 2008-M1-100216 | UNIFUND CCR PARTNE | YOUNG ROBIN | 01/02/2008 |
| 2008-M1-100217 | UNIFUND CCR PARTNE | WATSON DESIREA | 01/02/2008 |
| 2008-M1-100218 | UNIFUND CCR PARTNE | KHOURI NELLY J | 01/02/2008 |
| 2008-M1-100219 | UNIFUND CCR PARTNE | MELTON J W | 01/02/2008 |
| 2008-M1-100220 | UNIFUND CCR PARTNE | ROMERO MARTHA | 01/02/2008 |
| 2008-M1-100221 | UNIFUND CCR PARTNE | COLLIER MICHAEL D | 01/02/2008 |
| 2008-M1-100222 | UNIFUND CCR PARTNE | CROWLEY JAMES K | 01/02/2008 |
| 2008-M1-100223 | UNIFUND CCR PARTNE | ABUNAMOUS FERAS O | 01/02/2008 |
| 2008-M1-100227 | UNIFUND CCR PARTNE | JOHNSON MARY | 01/02/2008 |
| 2007-M1-257916 | UNIFUND CCR PARTNE | ZVERGZDYS EUGENIJA | 12/29/2007 |
| 2007-M1-257917 | UNIFUND CCR PARTNE | GIDDENS DOLLY A | 12/29/2007 |
| 2007-M1-257918 | UNIFUND CCR PARTNE | SANCHEZ AMERICO | 12/29/2007 |
| 2007-M1- | UNIFUND CCR | | |

| 257919 | PARTNE | ASEMGAR LAHOUCINE | 12/29/2007 |
|---|---|---|---|
| 2007-M1-257920 | UNIFUND CCR PARTNE | ATKINS ANN M | 12/29/2007 |
| 2007-M1-257921 | UNIFUND CCR PARTNE | CENTENO ARIEL | 12/29/2007 |
| 2007-M1-257922 | UNIFUND CCR PRTNRS | RUTH JOHNSON | 12/29/2007 |
| 2007-M1-257923 | UNIFUND CCR PARTNE | NIELSEN BRENT R | 12/29/2007 |
| 2007-M1-257924 | UNIFUND CCR PARTNE | BROWN NATANYA | 12/29/2007 |
| 2007-M1-257926 | UNIFUND CCR PARTNE | LLANOS MARIO | 12/29/2007 |
| 2007-M1-257927 | UNIFUND CCR PARTNE | DAWSON DAVID | 12/29/2007 |
| 2007-M1-257928 | UNIFUND CCR PARTNE | LIGHTFOOT SEAN | 12/29/2007 |
| 2007-M1-257929 | UNIFUND CCR PARTNE | MORIARTY MARK J | 12/29/2007 |
| 2007-M1-257930 | UNIFUND CCR PARTNE | MON ROSALIO | 12/29/2007 |
| 2007-M1-257931 | UNIFUND CCR PARTNE | FREEMAN DONNA | 12/29/2007 |
| 2007-M1-257932 | UNIFUND CCR PARTNE | SALAS ALICIA | 12/29/2007 |
| 2007-M1-257933 | UNIFUND CCR PARTNE | HENTZ VANESSA | 12/29/2007 |
| 2007-M1-257934 | UNIFUND CCR PARTNE | MILLER AMY M | 12/29/2007 |
| 2007-M1-257935 | UNIFUND CCR PARTNE | MORSE KENNETH E JR | 12/29/2007 |
| 2007-M1-257936 | UNIFUND CCR PARTNE | COLLINS ANIKA R | 12/29/2007 |
| 2007-M1-257937 | UNIFUND CCR PARTNE | BUTLER ANNE F | 12/29/2007 |
| 2007-M1-257938 | UNIFUND CCR PARTNE | BARTON CHARLES W | 12/29/2007 |
| 2007-M1-257939 | UNIFUND CCR PARTNE | CANSINO LORA M | 12/29/2007 |
| 2007-M1-257940 | UNIFUND CCR PARTNE | DRZAZINSKI EDWARD | 12/29/2007 |
| 2007-M1-257941 | UNIFUND CCR PARTNE | MATMANIVONG BOUNLA | 12/29/2007 |

| 2007-M1-257942 | UNIFUND CCR PARTNE | LANGSTON DELORES J | 12/29/2007 |
|---|---|---|---|
| 2007-M1-257943 | UNIFUND CCR PARTNE | POCIUS ALAN B | 12/29/2007 |
| 2007-M1-257945 | UNIFUND CCR PARTNE | MOSLEY DONALD T | 12/29/2007 |
| 2007-M1-257946 | UNIFUND CCR PARTNE | FANG FENG | 12/29/2007 |
| 2007-M1-257947 | UNIFUND CCR PARTNE | MONSERRAT PEDRO | 12/29/2007 |
| 2007-M1-257948 | UNIFUND CCR PARTNE | DIAZ ANDRES | 12/29/2007 |
| 2007-M1-257949 | UNIFUND CCR PARTNE | DRAIN EMMA L | 12/29/2007 |
| 2007-M1-257950 | UNIFUND CCR PARTNE | BUTLER PYTHENIA S | 12/29/2007 |
| 2007-M1-257951 | UNIFUND CCR PARTNE | MCDANIEL RENEE | 12/29/2007 |
| 2007-M1-257953 | UNIFUND CCR PARTNE | CULL GERALD M | 12/29/2007 |
| 2007-M1-257954 | UNIFUND CCR PARTNE | HARDGE TARA D | 12/29/2007 |
| 2007-M1-257955 | UNIFUND CCR PARTNE | BATISTA MAGALY | 12/29/2007 |
| 2007-M1-257956 | UNIFUND CCR PARTNE | GRANVILLE TENISHA | 12/29/2007 |
| 2007-M1-257957 | UNIFUND CCR PARTNE | ENIS JUDITH A | 12/29/2007 |
| 2007-M1-257958 | UNIFUND CCR PARTNE | HERNANDEZ ATANACIA | 12/29/2007 |
| 2007-M1-257959 | UNIFUND CCR PARTNE | ZURBA LEO | 12/29/2007 |
| 2007-M1-257960 | UNIFUND CCR PARTNE | WOODERS MARY F | 12/29/2007 |
| 2007-M1-257961 | UNIFUND CCR PARTNE | MILLER TYEISHA R | 12/29/2007 |
| 2007-M1-257962 | UNIFUND CCR PARTNE | APELLMAN MARK C | 12/29/2007 |
| 2007-M1-257963 | UNIFUND CCR PARTNE | KENNEDY SUSAN M | 12/29/2007 |
| 2007-M1-257964 | UNIFUND CCR PARTNE | HARRIS DEMARCUS | 12/29/2007 |
| 2007-M1- | UNIFUND CCR | | |

| 257965 | PARTNE | MELTON J | 12/29/2007 |
|---|---|---|---|
| 2007-M1-257236 | UNIFUND CCR PARTNE | EDWARDS DIANE S | 12/28/2007 |
| 2007-M1-257237 | UNIFUND CCR PARTNE | SMITH TYERRANCE A | 12/28/2007 |
| 2007-M1-257238 | UNIFUND CCR PARTNE | HANIK DIANE M | 12/28/2007 |
| 2007-M1-257239 | UNIFUND CCR PARTNE | HANIK DIANE M | 12/28/2007 |
| 2007-M1-257240 | UNIFUND CCR PARTNE | LAKIN ROSS M | 12/28/2007 |
| 2007-M1-257241 | UNIFUND CCR PARTNE | WILKES VALENCIA | 12/28/2007 |
| 2007-M1-257242 | UNIFUND CCR PARTNE | MISHIYEV MIKHIL | 12/28/2007 |
| 2007-M1-257243 | UNIFUND CCR PARTNE | MUSTAFAA EDWARD B | 12/28/2007 |
| 2007-M1-257244 | UNIFUND CCR PARTNE | TYLER TAMYCE N | 12/28/2007 |
| 2007-M1-257245 | UNIFUND CCR PARTNE | EVANS CEDRICK R | 12/28/2007 |
| 2007-M1-257320 | UNIFUND CCR PARTNE | SERRANO MANUEL | 12/28/2007 |
| 2007-M1-257353 | UNIFUND CCR PARTNE | BHATTE KISHOR | 12/28/2007 |
| 2007-M1-257354 | UNIFUND CCR PAETNE | CHRISTMON CHARIYA | 12/28/2007 |
| 2007-M1-257355 | UNIFUND CCR PARTNE | BANNISTER JOYCE S | 12/28/2007 |
| 2007-M1-257356 | UNIFUND CCR PARTNE | ANDERSON MELISA M | 12/28/2007 |
| 2007-M1-257357 | UNIFUND CCR PARTNE | ROBINSON JOSEPH | 12/28/2007 |
| 2007-M1-257358 | UNIFUND CCR PARTNE | NICK GIUFFRE | 12/28/2007 |
| 2007-M1-257359 | UNIFUND CCR PARTNE | PRICE VIDA M | 12/28/2007 |
| 2007-M1-257360 | UNIFUND CCR PARTNE | LANDRUM CANDACE | 12/28/2007 |
| 2007-M1-257361 | UNIFUND CCR PARTNE | SMITH AMELIA | 12/28/2007 |
| 2007-M1-257362 | UNIFUND CCR PARTNE | SIMMS TEMITRI D | 12/28/2007 |

| 2007-M1-257363 | UNIFUND CCR PARTNE | MARKADONATOS ELSIE | 12/28/2007 |
|---|---|---|---|
| 2007-M1-257364 | UNIFUND CCR PARTNE | LEBRON ALEXANDER P | 12/28/2007 |
| 2007-M1-257365 | UNIFUND CCR PARTNE | WYATT VIOLA D | 12/28/2007 |
| 2007-M1-257367 | UNIFUND CCR PARTNE | URIBE DANIELLE | 12/28/2007 |
| 2007-M1-257368 | UNIFUND CCR PARTEN | BETZ TERRI | 12/28/2007 |
| 2007-M1-257369 | UNIFUND CCR PARTNE | STUKALOV ALEXANDER | 12/28/2007 |
| 2007-M1-257370 | UNIFUND CCR PARTNE | SAYLES CLARICE H | 12/28/2007 |
| 2007-M1-257371 | UNIFUND CCR PARTNE | SANDERS TYRICE L | 12/28/2007 |
| 2007-M1-257372 | UNIFUND CCR PARTNE | BAIG BARBASR MIRZA | 12/28/2007 |
| 2007-M1-257373 | UNIFUND CCR PARTNE | ROBERT SMITH | 12/28/2007 |
| 2007-M1-257374 | UNIFUND CCR PARTNE | HOUSTON DEANDRE M | 12/28/2007 |
| 2007-M1-257375 | UNIFUND CCR PARTNE | WHITE MATTHEW W | 12/28/2007 |
| 2007-M1-257376 | UNIFUND CCR PARTNE | ROEBUCK ERICA G | 12/28/2007 |
| 2007-M1-257377 | UNIFUND CCR PARTNE | MCKINNON BRANDON | 12/28/2007 |
| 2007-M1-257403 | UNIFUND CCR PARTNE | ANTTIL TAKSINA NUA | 12/28/2007 |
| 2007-M1-257404 | UNIFUND CCR PARTNE | WARD JASON S | 12/28/2007 |
| 2007-M1-257405 | UNIFUND CCR PARTNE | MILLER DARDINA D | 12/28/2007 |
| 2007-M1-257407 | UNIFUND CCR PARTNE | BEA JANENE N | 12/28/2007 |
| 2007-M1-257408 | UNIFUND CCR PARTNE | ILKANIC SUSAN | 12/28/2007 |
| 2007-M1-257409 | UNIFUND CCR PARTNE | PILATE JOHN J | 12/28/2007 |
| 2007-M1-257410 | UNIFUND CCR PARTNE | BANKS PHYLLIS D | 12/28/2007 |
| 2007-M1- | UNIFUND CCR | | |

| 257411 | PARTNE | RODRIGUEZ NELIS M | 12/28/2007 |
|---|---|---|---|
| 2007-M1-257412 | UNIFUND CCR PARTNE | SNYDER MICHAEL J | 12/28/2007 |
| 2007-M1-257413 | UNIFUND CCR PARTNE | PAYNE MARTEZE D | 12/28/2007 |
| 2007-M1-257414 | UNIFUND CCR PARTNE | WOODARD SHATARA A | 12/28/2007 |
| 2007-M1-257415 | UNIFUND CCR PARTNE | HARVEY JOHN H | 12/28/2007 |
| 2007-M1-257416 | UNIFUND CCR PARTNE | CARRANZA ALEXIS | 12/28/2007 |
| 2007-M1-257417 | UNIFUND CCR PARTNE | HESLER BRIAN D | 12/28/2007 |
| 2007-M1-257418 | UNIFUND CCR PARTNE | DANIEL MICHAEL | 12/28/2007 |
| 2007-M1-257419 | UNIFUND CCR PARTNE | CLEMENSON VERONICA | 12/28/2007 |
| 2007-M1-257420 | UNIFUND CCR PARTNE | ALVERTOS STEVE | 12/28/2007 |
| 2007-M1-257421 | UNIFUND CCR PARTNE | SOBALA STANLEY M | 12/28/2007 |
| 2007-M1-257422 | UNIFUND CCR PARTNE | ULRICH DAVID L | 12/28/2007 |
| 2007-M1-257423 | UNIFUND CCR PARTNE | URBINATI CARL A | 12/28/2007 |
| 2007-M1-257424 | UNIFUND CCR PARTNE | BERENIS PAULIUS | 12/28/2007 |
| 2007-M1-257440 | UNIFUND CCR PARTNE | OLVERA SALVADOR | 12/28/2007 |
| 2007-M1-257441 | UNIFUND CCR PARTNE | BECERRA ROBERT | 12/28/2007 |
| 2007-M1-257442 | UNIFUND CCR PARTNE | ROBINSON JASON L | 12/28/2007 |
| 2007-M1-257443 | UNIFUND CCR PARTNE | UPSHAW EDWARD E | 12/28/2007 |
| 2007-M1-257444 | UNIFUND CCR PARTNE | BALDWIN KAREN | 12/28/2007 |
| 2007-M1-257445 | UNIFUND CCR PARTNE | ANGONE JAMES A | 12/28/2007 |
| 2007-M1-257446 | UNIFUND CCR PARTNE | LEWIS ANDREA S | 12/28/2007 |
| 2007-M1-257453 | UNIFUND CCR PARTNE | THOMAS CLIFFORD | 12/28/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-257464 | UNIFUND CCR PARTNE | WILLIAMS MACK C | 12/28/2007 |
| 2007-M1-257466 | UNIFUND CCR PARTNE | TEED JAMES T | 12/28/2007 |
| 2007-M1-257468 | UNIFUND CCR PARTNE | WOODARD SHATARA A | 12/28/2007 |
| 2007-M1-257475 | UNIFUND CCR PARTNE | GALLAGHER TIMOTHY | 12/28/2007 |
| 2007-M1-257477 | UNIFUND CCR PARTNE | FRICK DANIEL R | 12/28/2007 |
| 2007-M1-257478 | UNIFUND CCR PARTNE | JONES TRACY M | 12/28/2007 |
| 2007-M1-257479 | UNIFUND CCR PARTNE | HORTON TYRONE V | 12/28/2007 |
| 2007-M1-257480 | UNIFUND CCR PARTNE | HOEFFERLE ROBERT A | 12/28/2007 |
| 2007-M1-257481 | UNIFUND CCR PARTNE | TESARIK JULIA J | 12/28/2007 |
| 2007-M1-257482 | UNIFUND CCR PARTNE | THOMAS MORRIS | 12/28/2007 |
| 2007-M1-257483 | UNIFUND CCR PARTNE | TORRENS JAY | 12/28/2007 |
| 2007-M1-257484 | UNIFUND CCR PARTNE | TRUITE CARITHA J | 12/28/2007 |
| 2007-M1-257485 | UNIFUND CCR PARTNE | WCZESNIAK BOGDAN | 12/28/2007 |
| 2007-M1-257486 | UNIFUND CCR PARTNE | DELATORRE CHRISTIN | 12/28/2007 |
| 2007-M1-257487 | UNIFUND CCR PARTNE | COBBINS LOIS J | 12/28/2007 |
| 2007-M1-257488 | UNIFUND CCR PARTNE | BLUFORD NICHELLE V | 12/28/2007 |
| 2007-M1-257489 | UNIFUND CCR PARTNE | HARRIS KIM YOW | 12/28/2007 |
| 2007-M1-257490 | UNIFUND CCR PARTEN | SIMPSON DEMETRIUS | 12/28/2007 |
| 2007-M1-257491 | UNIFUND CCR PARTNE | SANDOVAL ELIDA | 12/28/2007 |
| 2007-M1-257492 | UNIFUND CCR PARTNE | SHEA VIRGINIA A | 12/28/2007 |
| 2007-M1-257493 | UNIFUND CCR PARTNE | SALAJ FADIL | 12/28/2007 |
| 2007-M1- | UNIFUND CCR | | |

| 256849 | PARTNE | RAY KENYATTA | 12/27/2007 |
|---|---|---|---|
| 2007-M1-256928 | UNIFUND CCR PARTNE | STUBBLEFIELD JAMIA | 12/27/2007 |
| 2007-M1-256929 | UNIFUND CCR PARTNE | ZGOLA MARCIN T | 12/27/2007 |
| 2007-M1-256930 | UNIFUND CCR PARTNE | TURK ERIN C | 12/27/2007 |
| 2007-M1-256931 | UNIFUND CCR PARTNE | HOBBS DEBY | 12/27/2007 |
| 2007-M1-256932 | UNIFUND CCR PARTNE | FORD CECILY | 12/27/2007 |
| 2007-M1-256933 | UNIFUND CCR PARTNE | WIGGINS JASON E | 12/27/2007 |
| 2007-M1-256934 | UNIFUND CCR PARTNE | THANH TAM L | 12/27/2007 |
| 2007-M1-256935 | UNIFUND CCR PARTNE | ALVAREZ BENJAMIN | 12/27/2007 |
| 2007-M1-256936 | UNIFUND CCR PARTNE | GROW KENNETH R | 12/27/2007 |
| 2007-M1-256937 | UNIFUND CCR PARTNE | SARE WELLINGTO A | 12/27/2007 |
| 2007-M1-256938 | UNIFUND CCR PARTNE | TRUSSELL LAMAR JR | 12/27/2007 |
| 2007-M1-256940 | UNIFUND CCR PARTNE | ROBLES DONNY | 12/27/2007 |
| 2007-M1-256941 | UNIFUND CCR PARTNE | BROWN ANTHONY G | 12/27/2007 |
| 2007-M1-256944 | UNIFUND CCR PARTNE | BROOKS BYRON C | 12/27/2007 |
| 2007-M1-256945 | UNIFUND CCR PARTNE | YOUNAN YOUNAN N | 12/27/2007 |
| 2007-M1-256946 | UNIFUND CCR PARTNE | STOVALL DONNY T | 12/27/2007 |
| 2007-M1-256947 | UNIFUND CCR PARTNE | WELTON VIRGIE S | 12/27/2007 |
| 2007-M1-256948 | UNIFUND CCR PARTNE | IGESS JESSIE L | 12/27/2007 |
| 2007-M1-256949 | UNIFUND CCR PARTNE | KIRBY SCQUETTA | 12/27/2007 |
| 2007-M1-256951 | UNIFUND CCR PARTNE | JIMENEZ ELIEZER | 12/27/2007 |
| 2007-M1-256952 | UNIFUND CCR PARTNE | LEE GLORIA M | 12/27/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-256954 | UNIFUND CCR PARTNE | CONCEPCION ANA I | 12/27/2007 |
| 2007-M1-256955 | UNIFUND CCR PARTNE | BLACK MAMIE L | 12/27/2007 |
| 2007-M1-256956 | UNIFUND CCR PARTNE | STANLEY ANGELA S | 12/27/2007 |
| 2007-M1-256957 | UNIFUND CCR PARTNE | SUCILLA JOSE A | 12/27/2007 |
| 2007-M1-256958 | UNIFUND CCR PARTNE | JONES VALERIE L | 12/27/2007 |
| 2007-M1-256959 | UNIFUND CCR PARTNE | HICKS IRENE | 12/27/2007 |
| 2007-M1-256960 | UNIFUND CCR PARTNE | REYNA ADRIANA | 12/27/2007 |
| 2007-M1-256962 | UNIFUND CCR PARTNE | JEFFERY DAWN E | 12/27/2007 |
| 2007-M1-256963 | UNIFUND CCR PARTNE | WINDOM JOSEPH | 12/27/2007 |
| 2007-M1-256964 | UNIFUND CCR PARTNE | GILMORE JEROME | 12/27/2007 |
| 2007-M1-256966 | UNIFUND CCR PARTNE | WATSON JAVON | 12/27/2007 |
| 2007-M1-256967 | UNIFUND CCR PARTNE | AVILES PAUL | 12/27/2007 |
| 2007-M1-256968 | UNIFUND CCR PARTNE | GISSENDANNER A | 12/27/2007 |
| 2007-M1-256969 | UNIFUND CCR PARTNE | WILLIAMS RICKY D | 12/27/2007 |
| 2007-M1-256970 | UNIFUND CCR PARTNE | HAZELWOOD TREHN O | 12/27/2007 |
| 2007-M1-256971 | UNIFUND CCR PARTNE | MARTINO TRACY | 12/27/2007 |
| 2007-M1-256972 | UNIFUND CCR PARTNE | ALHAMDANI ALI B | 12/27/2007 |
| 2007-M1-256973 | UNIFUND CCR PARTNE | MONTANEZ LINDA | 12/27/2007 |
| 2007-M1-256974 | UNIFUND CCR PARTNE | ISRAEL VERDON | 12/27/2007 |
| 2007-M1-256976 | UNIFUND CCR PARTNE | WATKINS LERON | 12/27/2007 |
| 2007-M1-256977 | UNIFUND CCR PARTNE | MALAVE AARON | 12/27/2007 |
| 2007-M1- | UNIFUND CCR | | |

| 256991 | PARTNE | MC INTYRE WILLIE M | 12/27/2007 |
|---|---|---|---|
| 2007-M1-256997 | UNIFUND CCR PARTNE | MAZE WALTER S | 12/27/2007 |
| 2007-M1-257002 | UNIFUND CCR PARTNE | SCOTT GEORGE R | 12/27/2007 |
| 2007-M1-257006 | UNIFUND CCR PARTNE | KHAN JAHANGIR | 12/27/2007 |
| 2007-M1-257009 | UNIFUND CCR PARTNE | RUIZ FRANK | 12/27/2007 |
| 2007-M1-257013 | UNIFUND CCR PARTNE | BRUESSARD SHARON D | 12/27/2007 |
| 2007-M1-257062 | UNIFUND CCR PARTNE | KHAMIS MERVET K | 12/27/2007 |
| 2007-M1-257063 | UNIFUND CCR PARTNE | HERNANDEZ REINA | 12/27/2007 |
| 2007-M1-257064 | UNIFUND CCR PARTNE | GRAYER JUNE M | 12/27/2007 |
| 2007-M1-257065 | UNIFUND CCR PARTNE | DAVIS TERRENCE T | 12/27/2007 |
| 2007-M1-257066 | UNIFUND CCR PARTNE | BARRERA JUANA | 12/27/2007 |
| 2007-M1-257067 | UNIFUND CCR PARTNE | STEVENSON QUEEN E | 12/27/2007 |
| 2007-M1-257069 | UNIFUND CCR PARTNE | SHARPLEY EVITA | 12/27/2007 |
| 2007-M1-257071 | UNIFUND CCR PARTNE | PISCHKE RAYMOND W | 12/27/2007 |
| 2007-M1-257072 | UNIFUND CCR PARTNE | OMALLEY SANDRA L | 12/27/2007 |
| 2007-M1-257075 | UNIFUND CCR PARTNE | MORRIS DEON | 12/27/2007 |
| 2007-M1-257078 | UNIFUND CCR PARTNE | TOWNSEND ROBERT L | 12/27/2007 |
| 2007-M1-257081 | UNIFUND CCR PARTNE | DOCKERY KEVIN A | 12/27/2007 |
| 2007-M1-257082 | UNIFUND CCR PARTNE | DAVIS JANICE C | 12/27/2007 |
| 2007-M1-257084 | UNIFUND CCR PARTNE | DAHNKE PATRICIA M | 12/27/2007 |
| 2007-M1-257087 | UNIFUND CCR PARTNE | BOLLENBACHER BRIAN | 12/27/2007 |
| 2007-M1-257090 | UNIFUND CCR PARTNE | BONDS KYLA C | 12/27/2007 |

| 2007-M1-257093 | UNIFUND CCR PARTNE | CAMPOS ELIZABET M | 12/27/2007 |
|---|---|---|---|
| 2007-M1-257096 | UNIFUND CCR PARTNE | CASTILLO CAROLINA | 12/27/2007 |
| 2007-M1-257098 | UNIFUND CCR PARTNE | SUGGS MARY | 12/27/2007 |
| 2007-M1-257101 | UNIFUND CCR PARTNE | ROBINSON TAJUANA | 12/27/2007 |
| 2007-M1-257103 | UNIFUND CCR PARTNE | SMART DEBORAH L | 12/27/2007 |
| 2007-M1-257105 | UNIFUND CCR PARTNE | ROBINSON LYDIA J | 12/27/2007 |
| 2007-M1-257148 | UNIFUND CCR PARTNE | JONES PATRICIA A | 12/27/2007 |
| 2007-M1-257149 | UNIFUND CCR PARTNE | LANGE DILITTA | 12/27/2007 |
| 2007-M1-257150 | UNIFUND CCR PARTNE | FLEMMING KISHONA M | 12/27/2007 |
| 2007-M1-257151 | UNIFUND CCR PARTNE | PETTIGREW GWENDOLY | 12/27/2007 |
| 2007-M1-257188 | UNIFUND CCR PARTNE | BERKTOLD ROBERT E | 12/27/2007 |
| 2007-M1-257189 | UNIFUND CCR PARTNE | KENNEDY DONALD L | 12/27/2007 |
| 2007-M1-257190 | UNIFUND CCR PARTNE | PATTEN EDWARD C | 12/27/2007 |
| 2007-M1-257191 | UNIFUND CCR PARTNE | SCHUMM SUSAN D | 12/27/2007 |
| 2007-M1-257192 | UNIFUND CCR PARTNE | GLOVER JOHNNY T | 12/27/2007 |
| 2007-M1-257193 | UNIFUND CCR PARTNE | ENEA AUREL | 12/27/2007 |
| 2007-M1-257194 | UNIFUND CCR PARTNE | CHAPMAN SYLVESTER | 12/27/2007 |

Return to Search Page