AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALIAS
## SUMMONS IN A CIVIL CASE

PAUL COX
Individually and on behalf of a class,
   Plaintiffs,

CASE NUMBER:    08-cv-1005

V.

ASSIGNED JUDGE:    Guzman

UNIFUND CCR PARTNERS,
CREDIT CARD RECEIVABLES FUND, INC.,
and ZB LIMITED PARTNERSHIP,
   Defendants.

DESIGNATED
MAGISTRATE JUDGE:    Ashman

TO: (Name and address of Defendant)

ZB Limited Partnership
c/o Registered Agent
The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Annette Nunez*
(By) DEPUTY CLERK

February 21, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/29/08 |
| NAME OF SERVER (PRINT) Charles Adams | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CSC
   2711 Centerville Rd, Wilmington, De

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/29/2008  _Charles A Adams_
                Date           Signature of Server

PO Box 304 Lansdale Pa 19446
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

I, Charles A Harris III, do swear, that I served a **SUMMONS, COMPLAINT and NOTICE OF MOTION** upon **ZB Limited Partnership, c/co registered agent, The Prentice-Hall Corporation System, Inc., 2711 Centerville Road, Suite 400, Wilmnington, DE 19808** on February 29, 2008 by Hand Delivering to **Mary T. Drummond, 2711 Centerville Road, Suite 400, Wilmington, DE 19808**.

_____  _____.

I verify that the statements in this return of service are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa C.S.A 4904 related to unworn falsifications to authorities.

_____
Signature of Process Server
PO Box 304
Lansdale Pa 19446
215-631-9827

___refused_____  Home number_____
signature of person served

___2/29____ 2008  _____ a.m./p.m. Work number_____

Sworn to before me

this 29 day of Feb, 2008

Notary

NOTARIAL SEAL
MICHELE M HARRIS
Notary Public
TOWAMENCIN TWP, MONTGOMERY COUNTY
My Commission Expires Aug 10, 2008



Mary T. Drummond    2711 Centerville Road
                    Suite 400
                    Wilmington, DE 19808

www.incspot.com

03-05-08A11:10 RCVD