UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Paul Cox
                               Plaintiff,
v.                                           Case No.: 1:08−cv−01005
                                             Honorable Ronald A. Guzman
Unifund CCR Partners, et al.
                               Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 14, 2008:

    MINUTE entry before Judge Martin C. Ashman :Magistrate Judge Status hearing held on 3/14/2008. Defendants to file thier answer to the complaint by 3/31/2008. Defendants' response to plaintiff's motion for class certification [11] due by 4/30/2008. Reply due by 5/14/2008. Oral argument on plaintiff's motion for class certification [11] set for 5/28/2008 at 10:30 AM. Mailed notice.(is, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.