AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 1005**

SUMMONS IN A CIVIL CASE

PAUL COX
Individually and on behalf of a class,
 Plaintiffs,

V.

UNIFUND CCR PARTNERS,
CREDIT CARD RECEIVABLES FUND, INC.,
and ZB LIMITED PARTNERSHIP,
 Defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE GUZMAN
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Credit Card Receivables Fund, Inc.
c/o Registered Agent
CT Corporation System
251 E. Ohio St., Suite 1100
Indianapolis, IN 46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
(By) DEPUTY CLERK



February 19, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Monday  10 March 2008 |
| NAME OF SERVER (PRINT)  GREEN, Michael W. | TITLE  Private Investigator |

*Check one box below to indicate appropriate method of service*

■ Served personally upon the defendant. Place where served:   Credit Card Receivables Fund, Inc.
10625 Techwoods Circle, Blue Ash, Ohio 45242  Hamilton County, Ohio

■ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

■ Returned unexecuted: _____

■ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11 March 2008
              Date                   *Signature of Server*

11177 Reading Road
Sharonville, Ohio 45241
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.