U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case Number: 08 C 1005
PAUL COX v.
UNIFUND CCR PARTNERS; CREDIT CARD
RECEIVABLES FUND, INC.; and ZB LIMITED
PARTNERSHIP

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC.; and ZB LIMITED PARTNERSHIP

| NAME (Type or print) |
| --- |
| Joseph P. Kincaid |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Joseph P. Kincaid |
| FIRM |
| SWANSON, MARTIN & BELL, LLP |
| STREET ADDRESS |
| 330 N. WABASH, SUITE 3300 |
| CITY/STATE/ZIP |
| Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6202639 | 312-321-8442 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐