# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08 C 1005

PAUL COX v.
UNIFUND CCR PARTNERS; CREDIT CARD
RECEIVABLES FUND, INC.; and ZB LIMITED
PARTNERSHIP

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC.; and ZB LIMITED PARTNERSHIP

| | |
|---|---|
| **NAME (Type or print)**<br>Kathleen A. Kelley | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Kathleen A. Kelley | |
| **FIRM**<br>SWANSON, MARTIN & BELL, LLP | |
| **STREET ADDRESS**<br>330 N. WABASH, SUITE 3300 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60611 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6288296 | **TELEPHONE NUMBER**<br>312-222-8524 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |