IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | No. 08 C 1005 |
| ) | |
| UNIFUND CCR PARTNERS; ) CREDIT CARD RECEIVABLES ) FUND, INC., and ) ZB LIMITED PARTNERSHIP, ) ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany Hardy
EDELMAN, COMBS, LATTURNER, & GOODWINS, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603

You are hereby notified that on **March 31, 2008,** I filed the Defendants' Answer and Affirmative Defenses to the Plaintiff's Complaint through the court's electronic filing system, a copy of which is hereby served upon you.

                                      /s/ Kathleen A. Kelley
                                      One of the Attorneys for Defendants

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Answer to the Plaintiff's Complaint** to be sent via e-filing to all attorneys of record (listed above), on March 31, 2008.

/s/ Kathleen A. Kelley