**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN  DIVISION**

| | | |
|---|---|---|
| PAUL COX,  individually and on behalf of the classes defined herein, | ) ) | 08-cv-1005 |
| | ) | |
| Plaintiff, | ) ) | Judge Guzman Magistrate Judge Ashman |
| v. | ) ) | |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC.,  and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | |
| Defendants. | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

In accordance with Fed. R. Civ. P. 26(f), a meeting was held by Tiffany N. Hardy for plaintiff and Kathleen A. Kelley for defendant.

1.    Rule 26(a)(1) Disclosures: The parties have until April 30, 2008 to exchanged Rule 26(a)(1) disclosures.

2.    Pleadings and Parties:  The last date for the plaintiff and defendant to seek leave of court to join additional parties and to amend the pleadings is September 24, 2008.

3.    Fact Discovery: Except for good cause shown, all fact discovery shall be commenced in time to be completed by July 31, 2008.  The parties agree that service by electronic means shall be allowed as set forth in Fed. R. Civ. P. 5(b)(2)(D) and LR 5.9 and that such service shall be considered complete as provided in the Federal Rules of Civil Procedure.

4.    Expert Discovery:  The parties shall serve upon each other expert disclosures and expert reports on August 30, 2008, on issues on which they bear the burden of proof.  All rebuttal expert reports shall be served on September 30, 2008.  Except for good cause shown, all expert discovery shall be commenced in time to be completed by October 30, 2008.

5.    Dispositive Motion Deadline:  All dispositive motions shall be filed on or before November 30, 2008.

6.    Trial:  The parties shall be ready for trial on or after March 1,  2009.

s/ Tiffany N. Hardy                          s/ Kathleen A. Kelley
Tiffany N. Hardy                             Kathleen A. Kelley
Counsel for Plaintiffs                       Counsel for Defendants

Daniel A. Edelman                            Joseph P. Kincaid
Cathleen M. Combs                            Kathleen A. Kelley
James O. Latturner                           SWANSON, MARTIN & BELL, LLP
Tiffany N. Hardy                             One IBM Plaza, Suite 330
EDELMAN, COMBS, LATTURNER,                   330 North Wabash
& GOODWIN, LLC                               Chicago, IL 60611
120 S. LaSalle Street, 18th Floor            (312) 321-9001
Chicago, IL 60603                            (312) 321-0990 (FAX)
(312)-739-4200
(312)-419-0379 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

I, Tiffany N. Hardy, hereby certify that on April 17, 2008, the foregoing document was filed electronically.  A copy of the foregoing document was served electronically via the Court's ECF filing system on the following parties:


Joseph P. Kincaid
jkincaid@smbtrials.com

Kathleen A. Kelley
kkelley@smbtrials.com


<u>s/ Tiffany N. Hardy</u>
Tiffany N. Hardy
