IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08C 1005 |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | Magistrate Judge Martin C. Ashman |
| Defendants. | ) | |

**U**NCONTESTED / **A**GREED **M**OTION TO **M**ODIFY THE **B**RIEFING **S**CHEDULE ON **P**LAINTIFF'S **M**OTION FOR **C**LASS **C**ERTIFICATION

Defendants Unifund CCR Partners ("Unifund"), Credit Card Receivables Fund, Inc. ("CCRF"), and ZB Limited Partnership ("ZBLP") file this Agreed Motion to Modify the Briefing Schedule on Plaintiff's Motion for Class Certification. In support of this motion, Defendants state as follows:

1. Defendants filed their Answer and Affirmative Defenses to Plaintiff's Complaint on March 31, 2008.

2. Defendants' counsel is currently attempting to pull together a sampling of the collection complaints filed in Illinois state courts on Unifund's behalf by Blitt & Gaines to provide that information to Plaintiff's counsel and for use in responding to Plaintiff's Motion for Class Certification.

3. Pursuant to the current briefing schedule, set by Magistrate Judge Ashman:

   a) Defendants' response brief is due April 30, 2008.

   b) Plaintiff's reply brief is due May 14, 2008.

1

  c) The argument on this motion is currently set to be heard on May 28, 2008 at 10:30 a.m. in front of Magistrate Judge Ashman.

4. Defendants respectfully request that this Honorable Court modify the briefing schedule to extend the current dates by one (1) month, as follows:

  a) Defendants' response brief would be due May 28, 2008.

  b) Plaintiff's reply brief would be due June 11, 2008.

  c) The argument on this motion would be heard by Magistrate Judge Ashman at the end of June (and/or at a date and time in accordance with the court's schedule).

5. Defendants' counsel spoke with Plaintiff's counsel via telephone on April 28, 2008 regarding this motion, and Plaintiff's counsel agreed with this request.

WHEREFORE, Defendants respectfully request that this Court modify the briefing schedule as follows: (a) Defendants' response brief is due on May 28, 2008; (b) Plaintiff's reply brief is due on June 11, 2008; and (c) the argument would be set for a date and time thereafter in accordance with the court's schedule.

Respectfully submitted,

By: __/s/ Kathleen A. Kelley_____
   One of the Attorneys for Defendants

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
Swanson, Martin, & Bell, LLP
330 N. Wabash Street, Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
Fax: (312) 321-0990
Firm I.D. No. 29558