IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08C 1005 |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | Magistrate Judge Martin C. Ashman |
| Defendants. | ) | |

**NOTICE OF AGREED / UNCONTESTED MOTION**

TO:  Daniel A. Edelman
     Cathleen M. Combs
     James O. Latturner
     Tiffany N. Hardy
     EDELMAN, COMBS, LATTURNER, & GOODWINS, LLC
     120 S. LaSalle Street, 18th Floor
     Chicago, Illinois  60603

You are hereby notified that on **Tuesday, May 6, 2008 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Ashman, Presiding in Room 1386, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **Agreed / Uncontested Motion to Modify the Briefing Schedule on Plaintiff's Motion for Class Certification**, a copy of which is hereby served upon you.

　　/s/ Kathleen A. Kelley
　　One of the Attorneys for Defendants

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990

2

## CERTIFICATE OF SERVICE

       I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Agreed / Uncontested Motion to Modify the Briefing Schedule on Plaintiff's Motion for Class Certification** to be sent via e-filing to all attorneys of record (listed above), on April 28, 2008.

                                                                                     /s/ Kathleen A. Kelley_____