UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Paul Cox
                    Plaintiff,

v.                                       Case No.: 1:08−cv−01005
                                                  Honorable Ronald A. Guzman

Unifund CCR Partners, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 12, 2008:

      MINUTE entry before Judge Honorable Martin C. Ashman: Defendants' uncontested/agreed motion to modify the briefing schedule on plaintiff's motion for class certification [29] is granted. Defendants' response brief is due by 5/28/2008. Plaintiff's reply brief due by 6/11/2008. Oral argument on plaintiff's motion for class certification [11] is reset to 6/13/2008 at 10:30 AM. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.