IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08C 1005 ) |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) Magistrate Judge Martin C. Ashman ) ) ) ) |
| Defendants. | ) |

**NOTICE OF AGREED / UNCONTESTED MOTION**

TO:   Daniel A. Edelman
      Cathleen M. Combs
      James O. Latturner
      Tiffany N. Hardy
      EDELMAN, COMBS, LATTURNER, & GOODWINS, LLC
      120 S. LaSalle Street, 18th Floor
      Chicago, Illinois  60603

You are hereby notified that on **Tuesday, June 3, 2008 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Ashman, Presiding in Room 1386, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **Agreed / Uncontested Motion to Modify the Briefing Schedule on Plaintiff's Motion for Class Certification**, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　  /s/ Kathleen A. Kelley
　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendants

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:     (312) 321-0990

2

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Agreed / Uncontested Motion to Modify the Briefing Schedule on Plaintiff's Motion for Class Certification** to be sent via e-filing to all attorneys of record (listed above), on May 27, 2008.

                                                                                                     _/s/  Kathleen A. Kelley_____