## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Paul Cox
                         Plaintiff,

v.                                        Case No.: 1:08−cv−01005
                                                      Honorable Ronald A. Guzman

Unifund CCR Partners, et al.
                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Defendants' uncontested/agreed motion to modify the briefing schedule on plaintiff's motion for class certification [33] is granted. Oral argument of 6/13/2008 is stricken. Defendants'; response brief is due by 6/11/2008. Plaintiff's reply brief is due by 6/25/2008. Oral argument on plaintiff's motion for class certification [11] is reset to 7/16/2008 at 10:30 AM. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.