IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08 C 1005 ) |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:   Daniel A. Edelman
      Cathleen M. Combs
      James O. Latturner
      Tiffany Hardy
      EDELMAN, COMBS, LATTURNER, & GOODWINS, LLC
      120 S. LaSalle Street, 18th Floor
      Chicago, Illinois  60603

   You are hereby notified that on **June 11, 2008,** I filed the **Defendants' Response in Opposition to Plaintiff's Motion for Class Certification** through the court's electronic filing system, a copy of which is hereby served upon you.

                              __/s/ Kathleen A. Kelley_____
                              One of the Attorneys for Defendants


Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990

## CERTIFICATE OF SERVICE

       I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Defendants' Response in Opposition to Plaintiff's Motion for Class Certification** to be sent via e-filing to all attorneys of record (listed above), on June 11, 2008.

                                        _/s/ Kathleen A. Kelley_____