IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, | ) ) ) | 08-C-1005 |
| Plaintiff, | ) ) ) | Judge Guzman |
| | ) | Magistrate Judge Ashman |
| v. | ) ) | |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**       (**See attached service list.**)

     **PLEASE TAKE NOTICE** that on June 24, 2008, at 10:30 a.m., we will appear before Judge Ashman in room 1386 of the United States District Court, for the Northen District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and present: **PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF HIS MOTION FOR CLASS CERTIFICATION.**

                                                   s/ Tiffany N. Hardy
                                                   Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**CERTIFICATE OF SERVICE**

I, Tiffany N. Hardy, hereby certify that on June 18, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via the Court's ECF system on the following individuals:

Joseph P. Kincaid
jkincaid@smbtrials.com

Kathleen A. Kelley
kkelley@smbtrials.com

s/ Tiffany N. Hardy
Tiffany N. Hardy