# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, ) | 08-C-1005 |
| ) | |
| Plaintiff, ) | Judge Guzman |
| ) | Magistrate Judge Ashman |
| v. ) | |
| ) | |
| UNIFUND CCR PARTNERS; ) | |
| CREDIT CARD RECEIVABLES ) | |
| FUND, INC., and ) | |
| ZB LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**To:**   **(See attached service list.)**

**PLEASE TAKE NOTICE** that on June 26, 2008, at 9:30 a.m., we will appear before Judge Guzman in room 1219 of the United States District Court, for the Northen District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and present: **PLAINTIFF'S MOTION TO COMPEL.**

                                                                              s/ Tiffany N. Hardy
                                                                              Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on June 20, 2008, the foregoing document was filed electronically.  A copy of the foregoing document was served via the Court's ECF system on the following individuals:


Joseph P. Kincaid
jkincaid@smbtrials.com

Kathleen A. Kelley
kkelley@smbtrials.com

                                              s/ Tiffany N. Hardy
                                              Tiffany N. Hardy