**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Paul Cox

                Plaintiff,

v.                                         Case No.: 1:08−cv−01005
                                         Honorable Ronald A. Guzman

Unifund CCR Partners, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Executive Committee Referral Order to Magistrate Judge Ashman dated 2/27/08 [doc. no. 15] is enlarged to include Motion by Plaintiff Paul Cox to compel Defendants to respond to Plaintiff's discovery requests [doc. no. 45]. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.