**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, | ) ) ) | 08-C-1005 |
| Plaintiff, | ) ) ) | Judge Guzman |
| | ) | Magistrate Judge |
| v. | ) ) | |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RE-FILE MOTION FOR PROTECTIVE ORDER**

Plaintiff, Paul Cox, hereby respectfully requests that this court enter an order granting the parties a three (3) days extension of time to re-file their motion for entry of a protective order.

In support of his motion Plaintiff states as follows:

1. On June 11, 2008 this court entered an order denying the parties Joint Motion for a protective order without prejudice.

2. The Court ordered the parties to file another motion for a protective order within eleven days.

3. The parties have been working diligently to draft a protective order that complies with guidelines setforth in this court's ruling of June 11, 2008.

4. Plaintiff hereby respectfully requests a three day extension of time for the parties to re-file their motion for entry of a protective order.

WHEREFORE, Plaintiff respectfully requests that this court enter an Order

extending the deadline for the parties to re-file their motion for entry of a protective order up to and including June 26, 2008.

                              Respectfully submitted,

                              s/Tiffany N. Hardy
                              Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
     & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

   I, Tiffany N. Hardy, hereby certify that on June 23, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via the Court's ECF system on the following individuals:

Joseph P. Kincaid
jkincaid@smbtrials.com

Kathleen A. Kelley
kkelley@smbtrials.com

                   s/ Tiffany N. Hardy
                   Tiffany N. Hardy