**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Paul Cox
                    Plaintiff,

v.                                    Case No.: 1:08−cv−01005
                                      Honorable Ronald A. Guzman

Unifund CCR Partners, et al.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, June 24, 2008:

   MINUTE entry before the Honorable Martin C. Ashman: Plaintiff's motion for an extension of time to file a reply brief in support of his motion for class certification [11], [40] is granted without objection. Motion hearing held on 6/24/2008 regarding motion for extension of time to file reply [40]. Oral argument of 7/16/2008 is stricken. Reply due by 8/8/2008. Oral argument on plaintiff's motion for class certification [11] is reset to 8/20/2008 at 10:30 AM. Mailed notice.(is, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.