IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, | ) ) ) | 08-C-1005 |
| Plaintiff, | ) ) ) | Judge Guzman Magistrate Judge |
| v. | ) ) | |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR AN (1) ORDER REQUIRING DEFENDANTS TO PRODUCE THE REQUESTED DOCUMENTS WITHOUT A PROTECTIVE ORDER OR (2) AN EXTENSION OF TIME TO RE-FILE MOTION FOR PROTECTIVE ORDER**

Plaintiff, Paul Cox, hereby respectfully requests that this court enter an order requiring defendants to produce requested documents with a protective order or, in the alternative, granting the parties a 14 days extension of time to re-file their motion for entry of a protective order.

In support of his motion Plaintiff states as follows:

1. On June 26, 2008 this court entered an order denying the parties Joint Motion for a protective order without prejudice.

2. The Court ordered the parties to file another motion for a protective order within eleven days.

3. The information and documents are the Defendants' and the Defendants have the only justification, if one exists, for the entry of a protective order.

4. Plaintiff respectfully requests the entry of an order requiring the

production of the documents sought by Plaintiff without a protective order.

5.  In the alternative, Plaintiff requests a 14 day extension of time for the parties to re-file their motion for entry of a protective order.

WHEREFORE, Plaintiff respectfully requests that this court enter (1) an Order requiring the Defendants to produce the documents sought by Plaintiff without a protective order or in the alternative (2) an order extending the deadline for the parties to re-file their motion for entry of a protective order up to and including July 21, 2008.

Respectfully submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

   I, Tiffany N. Hardy, hereby certify that on July 7, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via the Court's ECF system on the following individuals:


Joseph P. Kincaid
jkincaid@smbtrials.com

Kathleen A. Kelley
kkelley@smbtrials.com

                 s/ Tiffany N. Hardy
                 Tiffany N. Hardy