# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Paul Cox

                   Plaintiff,

v.                                             Case No.: 1:08−cv−01005
                                                Honorable Ronald A. Guzman

Unifund CCR Partners, et al.

                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 7/10/2008. Motion by Plaintiff Paul Cox for extension of time to file Protective Order or Requiring Production Without Protective Order [54] is granted as stated in open court. Plaintiff to produce required discovery by 7/21/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.