UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Paul Cox

                        Plaintiff,

v.                                               Case No.: 1:08−cv−01005
                                               Honorable Ronald A. Guzman

Unifund CCR Partners, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Plaintiff's motion for a hearing on plaintiff's motion for leave to file an amendment to the complaint, and plaintiff's motion to compel [56] is granted. Plaintiff's motion for leave to file an amendment to the complaint and to plaintiff's motion for class certification [42] is granted without objection. Motion hearing held on 7/22/2008 regarding motion to compel [45]. Defendants' response to plaintiff's motion to compel [45] due by 8/5/2008. Reply due by 8/12/2008. Oral argument on plaintiff's motion to compel defendants to respond to plaintiff's discovery requests set for 8/15/2008 at 11:00 AM. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.