# APPENDIX B
# Part II of III

| | | | |
|---|---|---|---|
| 108286 | PARTNE | HAMPTON DAVID | 02/01/2008 |
| 2008-M1-108287 | UNIFUND CCR PARTNE | STITH JOSEPH | 02/01/2008 |
| 2008-M1-108289 | UNIFUND CCR PARTNE | RICE DENNIS J | 02/01/2008 |
| 2008-M1-108290 | UNIFUND CCR PARTNE | JOHNSON HENRY L | 02/01/2008 |
| 2008-M1-108291 | UNIFUND CCR PARTNE | ANDERSON ROSIE L | 02/01/2008 |
| 2008-M1-108292 | UNIFUND CCR PARTNE | FLORES MARIA J | 02/01/2008 |
| 2008-M1-108293 | UNIFUND CCR PARTNE | ZASHIN MARY M | 02/01/2008 |
| 2008-M1-108294 | UNIFUND CCR PARTNE | BANKS CASSAMDRA | 02/01/2008 |
| 2008-M1-108295 | UNIFUND CCR PARTNE | BETINIS JOHN | 02/01/2008 |
| 2008-M1-108296 | UNIFUND CCR PARTNE | LI QIHUA | 02/01/2008 |
| 2008-M1-108297 | UNIFUND CCR PARTNE | CICHOCKI PAM | 02/01/2008 |
| 2008-M1-108299 | UNIFUND CCR PARTNE | JACKSON M | 02/01/2008 |
| 2008-M1-108300 | UNIFUND CCR PARTNE | PASCHAL KHRISTOPHE | 02/01/2008 |
| 2008-M1-108301 | UNIFUND CCR PARTNE | HUICOCHEA CONSEPCI | 02/01/2008 |
| 2008-M1-108302 | UNIFUND CCR PARTNE | ALGHADBAN TARIQ | 02/01/2008 |
| 2008-M1-108303 | UNIFUND CCR PARTNE | MANLAPAZ SORAHAIDA | 02/01/2008 |
| 2008-M1-108304 | UNIFUND CCR PARTNE | MCKINIE YVETTE L | 02/01/2008 |
| 2008-M1-108305 | UNIFUND CCR PARTNE | WILLIAMS NAKIA A | 02/01/2008 |
| 2008-M1-108306 | UNIFUND CCR PARTNE | ARNOLD DONNIE W | 02/01/2008 |
| 2008-M1-108307 | UNIFUND CCR PARTNE | VALENTIN ELIA | 02/01/2008 |
| 2008-M1-108308 | UNIFUND CCR PARTNE | CLARK DORA D | 02/01/2008 |
| 2008-M1-108309 | UNIFUND CCR PARTNE | WHITTED SANDRA | 02/01/2008 |

| 2008-M1-108310 | UNIFUND CCR PARTNE | PEREZ JOSE L | 02/01/2008 |
| --- | --- | --- | --- |
| 2008-M1-108389 | UNIFUND CCR PARTNE | LEWIS SARAH | 02/01/2008 |
| 2008-M1-108390 | UNIFUND CCR PARTNE | MCNAMARA DANIEL J | 02/01/2008 |
| 2008-M1-108391 | UNIFUND CCR PARTNE | COULTER MARCIA L | 02/01/2008 |
| 2008-M1-108392 | UNIFUND CCR PARTNE | BARILLAS JORGE | 02/01/2008 |
| 2008-M1-108393 | UNIFUND CCR PARTNE | JAMAL SYED S | 02/01/2008 |
| 2008-M1-108394 | UNIFUND CCR PARTNE | HARRIS MAURICE A | 02/01/2008 |
| 2008-M1-108395 | UNIFUND CCR PARTNE | CORBIN EZEKIEL H | 02/01/2008 |
| 2008-M1-108396 | UNIFUND CCR PARTNE | BOYAS AMBROCIO | 02/01/2008 |
| 2008-M1-108397 | UNIFUND CCR PARTNE | WHITE CURTIS | 02/01/2008 |
| 2008-M1-108398 | UNIFUND CCR PARTNE | VAYDA OLHA | 02/01/2008 |
| 2008-M1-108399 | UNIFUND CCR PARTNE | RUIZ GILBERT | 02/01/2008 |
| 2008-M1-108400 | UNIFUND CCR PARTNE | HYLER RASHAUN V | 02/01/2008 |
| 2008-M1-108401 | UNIFUND CCR PARTNE | HOUMPAVLIS MARY | 02/01/2008 |
| 2008-M1-108427 | UNIFUND CCR PARTNE | DORNBUSCH JERRY | 02/01/2008 |
| 2008-M1-108428 | UNIFUND CCR PARTNE | GAILEY ZADIE | 02/01/2008 |
| 2008-M1-108429 | UNIFUND CCR PARTNE | WILSON OSCAR N | 02/01/2008 |
| 2008-M1-108430 | UNIFUND CCR PARTNE | BOBRUK DAVID B | 02/01/2008 |
| 2008-M1-108431 | UNIFUND CCR PARTNE | CALVILLO RUTH E | 02/01/2008 |
| 2008-M1-108432 | UNIFUND CCR PARTNE | TATE DARLENE N | 02/01/2008 |
| 2008-M1-108433 | UNIFUND CCR PARTNE | CASTALDO CHERI L | 02/01/2008 |
| 2008-M1- | UNIFUND CCR | | |

| Case No. | Plaintiff | Defendant | Date |
|---|---|---|---|
| 108434 | PARTNE | RIVERA AMADOR J JR | 02/01/2008 |
| 2008-M1-108435 | UNIFUND CCR PARTNE | RIVERA AMADOR J JR | 02/01/2008 |
| 2008-M1-108436 | UNIFUND CCR PARTNE | PRATL RACHEL | 02/01/2008 |
| 2008-M1-108437 | UNIFUND CCR PARTNE | MOORE ERMAN | 02/01/2008 |
| 2008-M1-108438 | UNIFUND CCR PARTNE | DIAZ ONECIMO JR | 02/01/2008 |
| 2008-M1-108439 | UNIFUND CCR PARTNE | CHAVEZ JUAN M | 02/01/2008 |
| 2008-M1-108440 | UNIFUND CCR PARTNE | COLLIER SHANIKA | 02/01/2008 |
| 2008-M1-108441 | UNIFUND CCR PARTNE | DANNA JANET | 02/01/2008 |
| 2008-M1-108442 | UNIFUND CCR PARTNE | COPLEY NANCY | 02/01/2008 |
| 2008-M1-108443 | UNIFUND CCR PARTNE | DOMINICK RICHARD | 02/01/2008 |
| 2008-M1-108444 | UNIFUND CCR PARTNE | DAZZO JOHN P | 02/01/2008 |
| 2008-M1-108445 | UNIFUND CCR PARTNE | FLOYD TAHITA S | 02/01/2008 |
| 2008-M1-108447 | UNIFUND CCR PARTNE | FRISON GEORGE W | 02/01/2008 |
| 2008-M1-108448 | UNIFUND CCR PARTNE | NICKLES MICHAEL J | 02/01/2008 |
| 2008-M1-108449 | UNIFUND CCR PARTNE | MILLS KARRIE | 02/01/2008 |
| 2008-M1-107944 | UNIFUND CCR PARTNE | ORNELAS MARIA | 01/31/2008 |
| 2008-M1-107945 | UNIFUND CCR PARTNE | KISH ROBERT C | 01/31/2008 |
| 2008-M1-107946 | UNIFUND CCR PARTNE | RODRIGUEZ JESUS S | 01/31/2008 |
| 2008-M1-107948 | UNIFUND CCR PARTNE | BOCHENKO KRYSTYNA | 01/31/2008 |
| 2008-M1-107949 | UNIFUND CCR PARTNE | TOVAR RAMIRO R | 01/31/2008 |
| 2008-M1-107950 | UNIFUND CCR PARTNE | PERRY JESSIE | 01/31/2008 |
| 2008-M1-107951 | UNIFUND CCR PARTNE | BROWNLEE TOM H | 01/31/2008 |

| 2008-M1-107952 | UNIFUND CCR PARTNE | SANTIAGO ANGEL | 01/31/2008 |
| --- | --- | --- | --- |
| 2008-M1-107953 | UNIFUND CCR PARTNE | MEEKS KIMBERLEY | 01/31/2008 |
| 2008-M1-107954 | UNIFUND CCR PARTNE | ROTOLO RAY | 01/31/2008 |
| 2008-M1-107955 | UNIFUND CCR PARTNE | DAVIS REBECCA T | 01/31/2008 |
| 2008-M1-107956 | UNIFUND CCR PARTNE | CORNEJO LUCILA | 01/31/2008 |
| 2008-M1-107957 | UNIFUND CCR PARTNE | WEISER CRAIG A | 01/31/2008 |
| 2008-M1-107958 | UNIFUND CCR PARTNE | SIMPSON LISA | 01/31/2008 |
| 2008-M1-107959 | UNIFUND CCR PARTNE | MARTIN ELAINE | 01/31/2008 |
| 2008-M1-107960 | UNIFUND CCR PARTNE | AMENEIRO MAIDA | 01/31/2008 |
| 2008-M1-107961 | UNIFUND CCR PARTNE | DAVISJACOBSON L C | 01/31/2008 |
| 2008-M1-107962 | UNIFUND CCR PARTNE | RHODES JOE B | 01/31/2008 |
| 2008-M1-107963 | UNIFUND CCR PARTNE | MILLER TERETHA L | 01/31/2008 |
| 2008-M1-107964 | UNIFUND CCR PARTNE | BINION JAMES | 01/31/2008 |
| 2008-M1-107965 | UNIFUND CCR PARTNE | THOMAS GARRON | 01/31/2008 |
| 2008-M1-107966 | UNIFUND CCR PARTNE | MIRANDA MARINA | 01/31/2008 |
| 2008-M1-107967 | UNIFUND CCR PARTNE | KHOURY MONA | 01/31/2008 |
| 2008-M1-107968 | UNIFUND CCR PARTNE | MCKINNEY MARY E | 01/31/2008 |
| 2008-M1-107969 | UNIFUND CCR PARTNE | DURCO PAMELA L | 01/31/2008 |
| 2008-M1-107970 | UNIFUND CCR PARTNE | SULJIC JUNE A | 01/31/2008 |
| 2008-M1-107971 | UNIFUND CCR PARTNE | SIEW MINN V | 01/31/2008 |
| 2008-M1-107972 | UNIFUND CCR PARTNE | BRESINGHAM DENNIS | 01/31/2008 |
| 2008-M1- | UNIFUND CCR | | |

| | | | |
|---|---|---|---|
| 107973 | PARTNE | BARNES BELINDA | 01/31/2008 |
| 2008-M1-107974 | UNIFUND CCR PARTNE | MCKISSACK JANICE | 01/31/2008 |
| 2008-M1-107975 | UNIFUND CCR PARTNE | ALLEN BONITA E | 01/31/2008 |
| 2008-M1-107976 | UNIFUND CCR PARTNE | LEWIS OLLIE M | 01/31/2008 |
| 2008-M1-107977 | UNIFUND CCR PARTNE | ODIASE MARY I | 01/31/2008 |
| 2008-M1-107978 | UNIFUND CCR PARTNE | NEVITH JAMES | 01/31/2008 |
| 2008-M1-107980 | UNIFUND CCR PARTNE | SCHUSTER JACK | 01/31/2008 |
| 2008-M1-107981 | UNIFUND CCR PARTNE | FULLERTON LEE | 01/31/2008 |
| 2008-M1-107982 | UNIFUND CCR PARTNE | KING IRENE | 01/31/2008 |
| 2008-M1-107983 | UNIFUND CCR PARTNE | JENKINS LEMMIE | 01/31/2008 |
| 2008-M1-107984 | UNIFUND CCR PARTNE | HAYES PHILLIP | 01/31/2008 |
| 2008-M1-107988 | UNIFUND CCR PARTNE | TERRY MOSE | 01/31/2008 |
| 2008-M1-107989 | UNIFUND CCR PARTNE | KNIGHT ANN M | 01/31/2008 |
| 2008-M1-107990 | UNIFUND CCR PARTNE | GARRETT SALLY S | 01/31/2008 |
| 2008-M1-107991 | UNIFUND CCR PARTNE | POWELL REMELL | 01/31/2008 |
| 2008-M1-107992 | UNIFUND CCR PARTNE | CONTRERAS EDGAR F | 01/31/2008 |
| 2008-M1-107993 | UNIFUND CCR PARTNE | CRAWFORD AARON | 01/31/2008 |
| 2008-M1-107994 | UNIFUND CCR PARTNE | FUENTES KAREN | 01/31/2008 |
| 2008-M1-107995 | UNIFUND CCR PARTNE | ZUNIGA JOSE | 01/31/2008 |
| 2008-M1-107996 | UNIFUND CCR PARTNE | LYONS ANTONIO L | 01/31/2008 |
| 2008-M1-107155 | UNIFUND CCR PARTNE | HUNTER TERRENCE O | 01/30/2008 |
| 2008-M1-107336 | UNIFUND CCR PARTNE | ANDERSON DEBRA D | 01/30/2008 |

| 2008-M1-107439 | UNIFUND CCR PARTNE | BALFOUR DONNOVAN C | 01/30/2008 |
| --- | --- | --- | --- |
| 2008-M1-107440 | UNIFUND CCR PARTNE | ECHOLS JONATHAN | 01/30/2008 |
| 2008-M1-107442 | UNIFUND CCR PARTNE | MARTINEZ ANA | 01/30/2008 |
| 2008-M1-107508 | UNIFUND CCR PARTNE | ACEVEDO ISAAC | 01/30/2008 |
| 2008-M1-107509 | UNIFUND CCR PARTNE | AGNEW KAREN M | 01/30/2008 |
| 2008-M1-107510 | UNIFUND CCR PARTNE | BEALS CLARENCE J | 01/30/2008 |
| 2008-M1-107511 | UNIFUND CCR PARTNE | BENTLEY SHEENA | 01/30/2008 |
| 2008-M1-107512 | UNIFUND CCR PARTNE | NEWMAN JULIUS L | 01/30/2008 |
| 2008-M1-107513 | UNIFUND CCR PARTNE | QUAYLE LAURA A | 01/30/2008 |
| 2008-M1-107514 | UNIFUND CCR PARTNE | RUIZ HUGH N | 01/30/2008 |
| 2008-M1-107515 | UNIFUND CCR PARTNE | GOLDSTICK SUSAN | 01/30/2008 |
| 2008-M1-107516 | UNIFUND CCR PARTNE | MIDVIGHI MARICEL | 01/30/2008 |
| 2008-M1-107517 | UNIFUND CCR PARTNE | MAXIMOFF MICHELLE | 01/30/2008 |
| 2008-M1-107518 | UNIFUND CCR PARTNE | MACKEY CECIL | 01/30/2008 |
| 2008-M1-107520 | UNIFUND CCR PARTNE | MAXIMOFF MICHELLE | 01/30/2008 |
| 2008-M1-106633 | UNIFUND CCR PARTNE | FRANKLIN RUSSELL | 01/29/2008 |
| 2008-M1-106647 | UNIFUND CCR PARTNE | EDWARDS CHRISTINE | 01/29/2008 |
| 2008-M1-106698 | UNIFUND CCR PARTNE | JOHNSON OLIVIA R | 01/29/2008 |
| 2008-M1-106739 | UNIFUND CCR PARTNE | KOWALCZYK PETER E | 01/29/2008 |
| 2008-M1-106740 | UNIFUND CCR PARTNE | BURKE MICHAEL A | 01/29/2008 |
| 2008-M1-106741 | UNIFUND CCR PARTNE | FLOWERS KIRKLAND | 01/29/2008 |
| 2008-M1- | UNIFUND CCR | | |

| 106742 | PARTNE | SAADEH RADDI | 01/29/2008 |
| --- | --- | --- | --- |
| 2008-M1-106743 | UNIFUND CCR PARTNE | FOX HENRY R | 01/29/2008 |
| 2008-M1-106744 | UNIFUND CCR PARTNE | EVANS CAROL | 01/29/2008 |
| 2008-M1-106745 | UNIFUND CCR PARTNE | SPEARS ERIC | 01/29/2008 |
| 2008-M1-106746 | UNIFUND CCR PARTNE | ZANDERS RUBY L | 01/29/2008 |
| 2008-M1-106747 | UNIFUND CCR PARTNE | KNUDSON CLAUDIA | 01/29/2008 |
| 2008-M1-106748 | UNIFUND CCR PARTNE | BREWER EARL E | 01/29/2008 |
| 2008-M1-106749 | UNIFUND CCR PARTNE | PUGH GENEVA | 01/29/2008 |
| 2008-M1-106750 | UNIFUND CCR PARTNE | MATHEWS MELVIN W | 01/29/2008 |
| 2008-M1-106752 | UNIFUND CCR PARTNE | LOPEZ JOHNNY | 01/29/2008 |
| 2008-M1-106753 | UNIFUND CCR PARTNE | JACKSON TASHAUNDA | 01/29/2008 |
| 2008-M1-106754 | UNIFUND CCR PARTNE | NOHAK ALICJA K | 01/29/2008 |
| 2008-M1-106755 | UNIFUND CCR PARTNE | NARCESKA MUJASERKA | 01/29/2008 |
| 2008-M1-106759 | UNIFUND CCR PARTNE | TREACY STEPHEN M | 01/29/2008 |
| 2008-M1-106273 | UNIFUND CCR PARTNE | STEVENSON JOENATHA | 01/28/2008 |
| 2008-M1-106274 | UNIFUND CCR PARTNE | BELTON OLLIE M | 01/28/2008 |
| 2008-M1-106275 | UNIFUND CCR PARTNE | AVILA JESUS J | 01/28/2008 |
| 2008-M1-106276 | UNIFUND CCR PARTNE | BAKER FELICIA D | 01/28/2008 |
| 2008-M1-106277 | UNIFUND CCR PARTNE | COLEY SANTINA | 01/28/2008 |
| 2008-M1-106280 | UNIFUND CCR PARTNE | WILLIAMS RONALD | 01/28/2008 |
| 2008-M1-106281 | UNIFUND CCR PARTNE | VILLANUEVA ABIGAIL | 01/28/2008 |
| 2008-M1-106282 | UNIFUND CCR PARTNE | VERNON GIZELLE E | 01/28/2008 |

| 2008-M1-106283 | UNIFUND CCR PARTNE | KOSTELICZ KAZIMI | 01/28/2008 |
| --- | --- | --- | --- |
| 2008-M1-106284 | UNIFUND CCR PARTNE | RIVERA SALVADOR P | 01/28/2008 |
| 2008-M1-106285 | UNIFUND CCR PARTNE | BELLINGER PHILLIP | 01/28/2008 |
| 2008-M1-106286 | UNIFUND CCR PARTNE | ALVAREZ KARIN D | 01/28/2008 |
| 2008-M1-106287 | UNIFUND CCR PARTNE | ALEXANDER CAROLYN | 01/28/2008 |
| 2008-M1-106288 | UNIFUND CCR PARTNE | LAZAR CHRISTINE | 01/28/2008 |
| 2008-M1-106290 | UNIFUND CCR PARTNE | VENTI PHILIP M | 01/28/2008 |
| 2008-M1-106291 | UNIFUND CCR PARTNE | VILLA MARIANO | 01/28/2008 |
| 2008-M1-106292 | UNIFUND CCR PARTNE | ROBINSON BARBARA | 01/28/2008 |
| 2008-M1-106299 | UNIFUND CCR PARTNE | TAYLOR QUENTIN R | 01/28/2008 |
| 2008-M1-106301 | UNIFUND CCR PARTNE | TALAGANOV ROBERT | 01/28/2008 |
| 2008-M1-106400 | UNIFUND CCR PARTNE | DUNLAP DIANE M | 01/28/2008 |
| 2008-M1-106526 | UNIFUND CCR PARTNE | DOAN VIEN V | 01/28/2008 |
| 2008-M1-106527 | UNIFUND CCR PARTNE | SMEKHOV DANIEL | 01/28/2008 |
| 2008-M1-106528 | UNIFUND CCR PARTNE | LIDDELL CATHERINE | 01/28/2008 |
| 2008-M1-106529 | UNIFUND CCR PARTNE | SMITH BILLY JR | 01/28/2008 |
| 2008-M1-106530 | UNIFUND CCR PARTNE | ARNOLD ALICE | 01/28/2008 |
| 2008-M1-106545 | UNIFUND CCR PARTNE | WHEELER C | 01/28/2008 |
| 2008-M1-106546 | UNIFUND CCR PARTNE | CLEMONS RETA M | 01/28/2008 |
| 2008-M1-106547 | UNIFUND CCR PARTNE | CONRAD JOHN R | 01/28/2008 |
| 2008-M1-106556 | UNIFUND CCR PARTNE | KYRIAKOPOULO NIKOS | 01/28/2008 |
| 2008-M1- | UNIFUND CCR | | |

| 106557 | PARTNE | MOYNIHAN ASHLEY | 01/28/2008 |
| --- | --- | --- | --- |
| 2008-M1-106558 | UNIFUND CCR PARTNE | GIBBS PHILLIP | 01/28/2008 |
| 2008-M1-106559 | UNIFUND CCR PARTNE | NEAL MARY | 01/28/2008 |
| 2008-M1-106560 | UNIFUND CCR PARTNE | MISTER REGINALD | 01/28/2008 |
| 2008-M1-104959 | UNIFUND CCR PARTNE | ADVANI HAROON HA | 01/22/2008 |
| 2008-M1-104960 | UNIFUND CCR PARTNE | TRIPLETT WILLIAM H | 01/22/2008 |
| 2008-M1-104961 | UNIFUND CCR PARTNE | CALDWELL YOLANDA | 01/22/2008 |
| 2008-M1-104964 | UNIFUND CCR PARTNE | BEAN ANTHONY K | 01/22/2008 |
| 2008-M1-104967 | UNIFUND CCR PARTNE | AGUILAR RACHEL | 01/22/2008 |
| 2008-M1-104968 | UNIFUND CCR PARTNE | WILSON OSCAR N | 01/22/2008 |
| 2008-M1-104969 | UNIFUND CCR PARTNE | WINES DOROTHY J | 01/22/2008 |
| 2008-M1-104970 | UNIFUND CCR PARTNE | CHUNN STACY R | 01/22/2008 |
| 2008-M1-104971 | UNIFUND CCR PARTNE | CHAIDEZ JUANITA | 01/22/2008 |
| 2008-M1-104972 | UNIFUND CCR PARTNE | ALLEN PATRICE A | 01/22/2008 |
| 2008-M1-104978 | UNIFUND CCR PARTNE | ALWAN AWNI F | 01/22/2008 |
| 2008-M1-104979 | UNIFUND CCR PARTNE | ALMOUJAHED MARIA | 01/22/2008 |
| 2008-M1-104980 | UNIFUND CCR PARTNE | ABAD ERWIN | 01/22/2008 |
| 2008-M1-104982 | UNIFUND CCR PARTNE | CHAIDEZ JUANITA | 01/22/2008 |
| 2008-M1-104985 | UNIFUND CCR PARTNE | FERGUSDON PAMELA Y | 01/22/2008 |
| 2008-M1-104990 | UNIFUND CCR PARTNE | JENNINGS JASYSON L | 01/22/2008 |
| 2008-M1-104992 | UNIFUND CCR PARTNE | FINCH NATHANIEL | 01/22/2008 |
| 2008-M1-104993 | UNIFUND CCR PARTNE | MORRIS MARK | 01/22/2008 |

| 2008-M1-104995 | UNIFUND CCR PARTNE | KWON YEOL H | 01/22/2008 |
|---|---|---|---|
| 2008-M1-104996 | UNIFUND CCR PARTNE | ANTWAN STANFORD | 01/22/2008 |
| 2008-M1-104997 | UNIFUND CCR PARTNE | LATIMORE ANGELIQUE | 01/22/2008 |
| 2008-M1-104998 | UNIFUND CCR PARTNE | GONZALEZ LUIS A | 01/22/2008 |
| 2008-M1-104659 | UNIFUND CCR PARTNE | WIGGEN BONNIE D | 01/18/2008 |
| 2008-M1-104660 | UNIFUND CCR PARTNE | PIETRUSIEWICZ MARY | 01/18/2008 |
| 2008-M1-104661 | UNIFUND CCR PARTNE | KESER GULSEN | 01/18/2008 |
| 2008-M1-104662 | UNIFUND CCR PARTNE | GAVIN PEARL F | 01/18/2008 |
| 2008-M1-104663 | UNIFUND CCR PARTNE | FELSCH MARGARET S | 01/18/2008 |
| 2008-M1-104664 | UNIFUND CCR PARTNE | FURGALA JOHN | 01/18/2008 |
| 2008-M1-104665 | UNIFUND CCR PARTNE | WINSLOW F S | 01/18/2008 |
| 2008-M1-104666 | UNIFUND CCR PARTNE | BROWN PAULINE | 01/18/2008 |
| 2008-M1-104052 | UNIFUND CCR PARTNE | SMITH PATRICIA | 01/17/2008 |
| 2008-M1-104424 | UNIFUND CCR PARTNE | CHATMAN JAMES JR | 01/17/2008 |
| 2008-M1-104425 | UNIFUND CCR PARTNE | HARWOOD BRADLEY N | 01/17/2008 |
| 2008-M1-104426 | UNIFUND CCR PARTNE | HERNANDEZ MICHAEL | 01/17/2008 |
| 2008-M1-104427 | UNIFUND CCR PARTNE | LANGWORTH JANET R | 01/17/2008 |
| 2008-M1-104428 | UNIFUND CCR PARTNE | MARLOW CECELIA | 01/17/2008 |
| 2008-M1-104429 | UNIFUND CCR PARTNE | JHOSSEINMARDI MAHT | 01/17/2008 |
| 2008-M1-104431 | UNIFUND CCR PARTNE | GALLEGOS MARIA A | 01/17/2008 |
| 2008-M1-104432 | UNIFUND CCR PARTNE | NAJAM SHIRAZ | 01/17/2008 |
| 2008-M1- | UNIFUND CCR | | |

| 104433 | PARTNE | MORRIS ALICE | 01/17/2008 |
| --- | --- | --- | --- |
| 2008-M1-104434 | UNIFUND CCR PARTNE | MONTGOMERY LIANA E | 01/17/2008 |
| 2008-M1-104435 | UNIFUND CCR PARTNE | LOZA ALEX P | 01/17/2008 |
| 2008-M1-104437 | UNIFUND CCR PARTNE | BROWN TINA D | 01/17/2008 |
| 2008-M1-104438 | UNIFUND CCR PARTNE | BEAU WEILAND | 01/17/2008 |
| 2008-M1-104439 | UNIFUND CCR PARTNE | BRADY HATTIE | 01/17/2008 |
| 2008-M1-104440 | UNIFUND CCR PARTNE | ADAMS ALEXANDER | 01/17/2008 |
| 2008-M1-104441 | UNIFUND CCR PARTNE | ANDERSON PATRICE M | 01/17/2008 |
| 2008-M1-104442 | UNIFUND CCR PARTNE | VAZQUEZ JOHN S | 01/17/2008 |
| 2008-M1-104443 | UNIFUND CCR PARTNE | WILEY LEATHA | 01/17/2008 |
| 2008-M1-104444 | UNIFUND CCR PARTNE | WHITE JOSEPH H | 01/17/2008 |
| 2008-M1-104445 | UNIFUND CCR PARTNE | JENKINSON GERALD | 01/17/2008 |
| 2008-M1-104446 | UNIFUND CCR PARTNE | AYERS REGINALD L | 01/17/2008 |
| 2008-M1-104447 | UNIFUND CCR PARTNE | GARCIA EVA | 01/17/2008 |
| 2008-M1-104448 | UNIFUND CCR PARTNE | ESCOBAR MARK P | 01/17/2008 |
| 2008-M1-103793 | UNIFUND CCR PARTNE | KOZERA AUDREY | 01/16/2008 |
| 2008-M1-103794 | UNIFUND CCR PARTNE | MARTINEZ HUGO | 01/16/2008 |
| 2008-M1-103795 | UNIFUND CCR PARTNE | ELEBY ROSIE L | 01/16/2008 |
| 2008-M1-103796 | UNIFUND CCR PARTNE | CHRISTIANSEN DAVID | 01/16/2008 |
| 2008-M1-103797 | UNIFUND CCR PARTNE | BELTON OLLIE M | 01/16/2008 |
| 2008-M1-103798 | UNIFUND CCR PARTNE | HAMPTON CHEMAINE | 01/16/2008 |
| 2008-M1-103799 | UNIFUND CCR PARTNE | WILLIAMS BEATRICE | 01/16/2008 |

| 2008-M1-103800 | UNIFUND CCR PARTNE | RAVIZZA MALINA A | 01/16/2008 |
|---|---|---|---|
| 2008-M1-103801 | UNIFUND CCR PARTNE | THOMPSON LYNDA | 01/16/2008 |
| 2008-M1-103802 | UNIFUND CCR PARTNE | PEREZ OLIMPIA A | 01/16/2008 |
| 2008-M1-103803 | UNIFUND CCR PARTNE | NELA NICOLE F | 01/16/2008 |
| 2008-M1-103808 | UNIFUND CCR PARTNE | HICKS JERRY D | 01/16/2008 |
| 2008-M1-103020 | UNIFUND CCR PARTNE | WALKER LESLIE D | 01/15/2008 |
| 2008-M1-103021 | UNIFUND CCR PARTNE | FRANCOIS ROBLIN | 01/15/2008 |
| 2008-M1-103022 | UNIFUND CCR PARTNE | ORDIALES MARICRIS | 01/15/2008 |
| 2008-M1-103307 | UNIFUND CCR PARTNE | SIMMONS DARRYL | 01/15/2008 |
| 2008-M1-102904 | UNIFUND CCR PARTNE | MILLER REGINALD L | 01/14/2008 |
| 2008-M1-102905 | UNIFUND CCR PARTNE | MINOR MAUDE | 01/14/2008 |
| 2008-M1-102906 | UNIFUND CCR PARTNE | COOK ADAM J | 01/14/2008 |
| 2008-M1-102907 | UNIFUND CCR PARTNE | COOPER SHIRLEY | 01/14/2008 |
| 2008-M1-102908 | UNIFUND CCR PARTNE | COSTALES ARTURO C | 01/14/2008 |
| 2008-M1-102909 | UNIFUND CCR PARTNE | VACCARO FRANK | 01/14/2008 |
| 2008-M1-102911 | UNIFUND CCR PARTNE | BANKS ELIZA | 01/14/2008 |
| 2008-M1-102912 | UNIFUND CCR PARTNE | BALDE AMADOU D | 01/14/2008 |
| 2008-M1-102913 | UNIFUND CCR PARTNE | BYRD RONALD L | 01/14/2008 |
| 2008-M1-102914 | UNIFUND CCR PARTNE | BLIVICE SINDEY L | 01/14/2008 |
| 2008-M1-102915 | UNIFUND CCR PARTNE | BROWN FRANKIE | 01/14/2008 |
| 2008-M1-102916 | UNIFUND CCR PARTNE | BRYANT ERVIN M | 01/14/2008 |
| 2008-M1- | UNIFUND CCR | | |

| | | | |
|---|---|---|---|
| 102917 | PARTNE | CONSTANT MARIE E | 01/14/2008 |
| 2008-M1-102918 | UNIFUND CCR PARTNE | CONRAD JOHN R | 01/14/2008 |
| 2008-M1-102919 | UNIFUND CCR PARTNE | ZACKERY BETTY | 01/14/2008 |
| 2008-M1-102922 | UNIFUND CCR PARTNE | ZIESMER SANDRA M | 01/14/2008 |
| 2008-M1-102924 | UNIFUND CCR PARTNE | MENDOZA MARIA | 01/14/2008 |
| 2008-M1-102925 | UNIFUND CCR PARTNE | MCGEE HUEY R | 01/14/2008 |
| 2008-M1-102927 | UNIFUND CCR PARTNE | OLIVER STEVEN J | 01/14/2008 |
| 2008-M1-102929 | UNIFUND CCR PARTNE | SIGMON LOLA M | 01/14/2008 |
| 2008-M1-102930 | UNIFUND CCR PARTNE | KOSIC BRADY W | 01/14/2008 |
| 2008-M1-102931 | UNIFUND CCR PARTNE | KIRCHWEHM FRED H | 01/14/2008 |
| 2008-M1-102932 | UNIFUND CCR PARTNE | JONES GREGORY A | 01/14/2008 |
| 2008-M1-102933 | UNIFUND CCR PARTNE | CARMEN STEWART | 01/14/2008 |
| 2008-M1-101653 | UNIFUND CCR PARTNE | MOORE DIANE H | 01/09/2008 |
| 2008-M1-101654 | UNIFUND CCR PARTNE | MIRABELLA CHRISTIN | 01/09/2008 |
| 2008-M1-101655 | UNIFUND CCR PARTNE | MILLER MATTHEW | 01/09/2008 |
| 2008-M1-101656 | UNIFUND CCR PARTNE | MARY ANDREWS | 01/09/2008 |
| 2008-M1-101657 | UNIFUND CCR PARTNE | MARTINEZ ROSA L | 01/09/2008 |
| 2008-M1-101658 | UNIFUND CCR PARTNE | MARTINEZ MARINA | 01/09/2008 |
| 2008-M1-101659 | UNIFUND CCR PARTNE | LOISEAU GABRIELLE | 01/09/2008 |
| 2008-M1-101660 | UNIFUND CCR PARTNE | LESNIEWICZ TOMMY | 01/09/2008 |
| 2008-M1-101662 | UNIFUND CCR PARTNE | MEZA GERARDO | 01/09/2008 |
| 2008-M1-101663 | UNIFUND CCR PARTNE | LEAVELL ROSE M | 01/09/2008 |

| 2008-M1-101664 | UNIFUND CCR PARTNE | LATRONICA CARL JR | 01/09/2008 |
| --- | --- | --- | --- |
| 2008-M1-101665 | UNIFUND CCR PARTNE | LANIER JERMAINE | 01/09/2008 |
| 2008-M1-101666 | UNIFUND CCR PARTNE | KIRSTEN GILLARD | 01/09/2008 |
| 2008-M1-101668 | UNIFUND CCR PARTNE | KIDD DWIGHT A | 01/09/2008 |
| 2008-M1-101669 | UNIFUND CCR PARTNE | KHIZICKIA JOAN | 01/09/2008 |
| 2008-M1-101670 | UNIFUND CCR PARTNE | JONES MARLENE J | 01/09/2008 |
| 2008-M1-101671 | UNIFUND CCR PARTNE | CHUN JEANETTE | 01/09/2008 |
| 2008-M1-101678 | UNIFUND CCR PARTNE | WILLIAMS ERNESTINE | 01/09/2008 |
| 2008-M1-101679 | UNIFUND CCR PARTNE | DELACRUZ LUPE | 01/09/2008 |
| 2008-M1-101682 | UNIFUND CCR PARTNE | MOORE MARILYN A | 01/09/2008 |
| 2008-M1-101683 | UNIFUND CCR PARTNE | MEDINA CRUCITA | 01/09/2008 |
| 2008-M1-101687 | UNIFUND CCR PARTNE | DITUSA DANIEL J | 01/09/2008 |
| 2008-M1-101690 | UNIFUND CCR PARTNE | CLEMONS MARY E | 01/09/2008 |
| 2008-M1-101695 | UNIFUND CCR PARTNE | BUCKHANA JIMMIE | 01/09/2008 |
| 2008-M1-101698 | UNIFUND CCR PARTNE | DAVIS ANNIE | 01/09/2008 |
| 2008-M1-101699 | UNIFUND CCR PARTNE | DEALBA CARLOS | 01/09/2008 |
| 2008-M1-101700 | UNIFUND CCR PARTNE | DIALLO MOHAMED | 01/09/2008 |
| 2008-M1-101701 | UNIFUND CCR PARTNE | DODD DELORES | 01/09/2008 |
| 2008-M1-101702 | UNIFUND CCR PARTNE | COMPTON BOBBIE | 01/09/2008 |
| 2008-M1-101703 | UNIFUND CCR PARTNE | BLAIR PAUL L | 01/09/2008 |
| 2008-M1-101707 | UNIFUND CCR PARTNE | FLOYD SHIRLEY | 01/09/2008 |
| 2008-M1- | UNIFUND CCR | | |

| | | | |
|---|---|---|---|
| 101708 | PARTNE | BRODSKY JENNIFER L | 01/09/2008 |
| 2008-M1-101709 | UNIFUND CCR PARTNE | ROPER MARY | 01/09/2008 |
| 2008-M1-101710 | UNIFUND CCR PARTNE | LEWIS RETHA | 01/09/2008 |
| 2008-M1-101711 | UNIFUND CCR PARTNE | NORFLEET MICHELLE | 01/09/2008 |
| 2008-M1-101715 | UNIFUND CCR PARTNE | ZOLLICOFFER YVONNE | 01/09/2008 |
| 2008-M1-101718 | UNIFUND CCR PARTNE | BATES SUE M | 01/09/2008 |
| 2008-M1-101724 | UNIFUND CCR PARTNE | BOSS RICK | 01/09/2008 |
| 2008-M1-101727 | UNIFUND CCR PARTNE | BUSH IRMA | 01/09/2008 |
| 2008-M1-101731 | UNIFUND CCR PARTNE | HENDRICKS ADAM F | 01/09/2008 |
| 2008-M1-101732 | UNIFUND CCR PARTNE | MILLER LAUREL | 01/09/2008 |
| 2008-M1-101733 | UNIFUND CCR PARTNE | PARKER APRIL | 01/09/2008 |
| 2008-M1-101734 | UNIFUND CCR PARTNE | SANTIAGO JOSE JR | 01/09/2008 |
| 2008-M1-101737 | UNIFUND CCR PARTNE | DOUNSI TAIWAO | 01/09/2008 |
| 2008-M1-101738 | UNIFUND CCR PARTNE | HALL ANGELA | 01/09/2008 |
| 2008-M1-101739 | UNIFUND CCR PARTNE | CRAWFORD RODGER | 01/09/2008 |
| 2008-M1-101740 | UNIFUND CCR PARTNE | VANCE ALBERT | 01/09/2008 |
| 2008-M1-101741 | UNIFUND CCR PARTNE | LEJA ANDRZEJ | 01/09/2008 |
| 2008-M1-101742 | UNIFUND CCR PARTNE | VAZQUEZ SALVADOR M | 01/09/2008 |
| 2008-M1-101744 | UNIFUND CCR PARTNE | WILSON BENJAMIN | 01/09/2008 |
| 2008-M1-101745 | UNIFUND CCR PARTNE | SAUNDERS JOYCE | 01/09/2008 |
| 2008-M1-101746 | UNIFUND CCR PARTNE | SHOBAJO TITILAYO | 01/09/2008 |
| 2008-M1-101747 | UNIFUND CCR PARTNE | SUSTAITA NATIVIDAD | 01/09/2008 |

| 2008-M1-101748 | UNIFUND CCR PARTNE | LEUNG YAMKWAN R | 01/09/2008 |
| 2008-M1-101749 | UNIFUND CCR PARTNE | REYES ELEUTERIO JR | 01/09/2008 |
| 2008-M1-101750 | UNIFUND CCR PARTNE | RIMSON SHAKITA | 01/09/2008 |
| 2008-M1-101751 | UNIFUND CCR PARTNE | JONES SHANNON E | 01/09/2008 |
| 2008-M1-101752 | UNIFUND CCR PARTNE | JONES G ALLEN | 01/09/2008 |
| 2008-M1-101753 | UNIFUND CCR PARTNE | BAIG RESHMA | 01/09/2008 |
| 2008-M1-101754 | UNIFUND CCR PARTNE | GIRARDI ALBERT A | 01/09/2008 |
| 2008-M1-101755 | UNIFUND CCR PARTNE | GASHI ISLAM | 01/09/2008 |
| 2008-M1-101756 | UNIFUND CCR PARTNE | GARCIA SERGIO | 01/09/2008 |
| 2008-M1-101757 | UNIFUND CCR PARTNE | FITTS FREDERICK L | 01/09/2008 |
| 2008-M1-101758 | UNIFUND CCR PARTNE | CANTU DELIA A | 01/09/2008 |
| 2008-M1-101759 | UNIFUND CCR PARTNE | KOEPPEN KENNETH R | 01/09/2008 |
| 2008-M1-101760 | UNIFUND CCR PARTNE | LOFTUS THOMAS E | 01/09/2008 |
| 2008-M1-101761 | UNIFUND CCR PARTNE | MCDONOUGH JOE | 01/09/2008 |
| 2008-M1-101769 | UNIFUND CCR PARTNE | HARRISON RAYMOND M | 01/09/2008 |
| 2008-M1-101770 | UNIFUND CCR PARTNE | HARRISON NICK R | 01/09/2008 |
| 2008-M1-101771 | UNIFUND CCR PARTNE | HARRIS JIMMIE | 01/09/2008 |
| 2008-M1-101772 | UNIFUND CCR PARTNE | GARCIA MARIA E | 01/09/2008 |
| 2008-M1-101773 | UNIFUND CCR PARTNE | DONTE MARSHALL | 01/09/2008 |
| 2008-M1-101774 | UNIFUND CCR PARTNE | DAVIS DFORIS M | 01/09/2008 |
| 2008-M1-101775 | UNIFUND CCR PARTNE | ENGLAND DARYL J | 01/09/2008 |
| 2008-M1- | UNIFUND CCR | | |