# APPENDIX B
# Part III of III

| | | | |
|---|---|---|---|
| 101776 | PARTNE | EDDIE PEREZ | 01/09/2008 |
| 2008-M1-101777 | UNIFUND CCR PARTNE | COBB RAVEN | 01/09/2008 |
| 2008-M1-101779 | UNIFUND CCR PARTNE | CLASBERRY DARRIUS | 01/09/2008 |
| 2008-M1-101780 | UNIFUND CCR PARTNE | CHINN ADDIE | 01/09/2008 |
| 2008-M1-101781 | UNIFUND CCR PARTNE | CHILDS LESTER A | 01/09/2008 |
| 2008-M1-101782 | UNIFUND CCR PARTNE | GORMAN SHELIA C | 01/09/2008 |
| 2008-M1-101783 | UNIFUND CCR PARTNE | ELLIS ORA | 01/09/2008 |
| 2008-M1-101784 | UNIFUND CCR PARTNE | EMERY QUIANA | 01/09/2008 |
| 2008-M1-101785 | UNIFUND CCR PARTNE | GANT HAROLD JR | 01/09/2008 |
| 2008-M1-101786 | UNIFUND CCR PARTNE | LEE GRACE | 01/09/2008 |
| 2008-M1-101787 | UNIFUND CCR PARTNE | GOMEZ GUS | 01/09/2008 |
| 2008-M1-101788 | UNIFUND CCR PARTNE | HUDA MORRIS | 01/09/2008 |
| 2008-M1-101789 | UNIFUND CCR PARTNE | STIMETZ HEATHER L | 01/09/2008 |
| 2008-M1-101790 | UNIFUND CCR PARTNE | STRUTZENBERG MARGA | 01/09/2008 |
| 2008-M1-101803 | UNIFUND CCR PARTNE | MCCANN NEIL A | 01/09/2008 |
| 2008-M1-101807 | UNIFUND CCR PARTNE | MAOUNIS GREGORY | 01/09/2008 |
| 2008-M1-101811 | UNIFUND CCR PARTNE | LOCKE LATOYA L | 01/09/2008 |
| 2008-M1-101813 | UNIFUND CCR PARTNE | PENNIX DANA V | 01/09/2008 |
| 2008-M1-101448 | UNIFUND CCR PARTNE | NUNN ALEX | 01/08/2008 |
| 2008-M1-101449 | UNIFUND CCR PARTNE | VENTURELLA LINDA | 01/08/2008 |
| 2008-M1-101450 | UNIFUND CCR PARTNE | MOLINI KELLY M | 01/08/2008 |
| 2008-M1-101452 | UNIFUND CCR PARTNE | ALVAREZ RUBEN P | 01/08/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-101453 | UNIFUND CCR PARTNE | HOLUB ELIZABETH D | 01/08/2008 |
| 2008-M1-101454 | UNIFUND CCR PARTNE | JAIMES TONI | 01/08/2008 |
| 2008-M1-101455 | UNIFUND CCR PARTNE | BORDEN LESLIE J | 01/08/2008 |
| 2008-M1-101456 | UNIFUND CCR PARTNE | JENKINS SHIRLEY | 01/08/2008 |
| 2008-M1-101457 | UNIFUND CCR PARTNE | GONZALEZ BRANDON | 01/08/2008 |
| 2008-M1-101458 | UNIFUND CCR PARTNE | GRUZANSKI ROBERT C | 01/08/2008 |
| 2008-M1-101459 | UNIFUND CCR PARTNE | GUTIERREZ MARIA F | 01/08/2008 |
| 2008-M1-101460 | UNIFUND CCR PARTNE | HANE PAUL | 01/08/2008 |
| 2008-M1-101461 | UNIFUND CCR PARTNE | EVANS FAROU JR | 01/08/2008 |
| 2008-M1-101462 | UNIFUND CCR PARTNE | PATTERSON JOHN A | 01/08/2008 |
| 2008-M1-101561 | UNIFUND CCR PARTNE | PEREZ ARMANDO | 01/08/2008 |
| 2008-M1-101564 | UNIFUND CCR PARTNE | PINEDA MARIA GUADA | 01/08/2008 |
| 2008-M1-101566 | UNIFUND CCR PARTNE | PIOTROWSKA AGNIESZ | 01/08/2008 |
| 2008-M1-101567 | UNIFUND CCR PARTNE | QUINTERO REBECCA | 01/08/2008 |
| 2008-M1-101568 | UNIFUND CCR PARTNE | HICKS LASINA J | 01/08/2008 |
| 2008-M1-101569 | UNIFUND CCR PARTNE | HERRERA MARIA | 01/08/2008 |
| 2008-M1-101570 | UNIFUND CCR PARTNE | FERNANDEZ MARYANN | 01/08/2008 |
| 2008-M1-101572 | UNIFUND CCR PARTNE | GREIN DENISE | 01/08/2008 |
| 2008-M1-101576 | UNIFUND CCR PARTNE | GILLIAM CAMILLE | 01/08/2008 |
| 2008-M1-101579 | UNIFUND CCR PARTNE | GATSCHET JANA | 01/08/2008 |
| 2008-M1-101584 | UNIFUND CCR PARTNE | GHARY NADONNA M | 01/08/2008 |
| 2008-M1- | UNIFUND CCR | | |

| | | | |
|---|---|---|---|
| 101592 | PARTNE | JOHNSON TERRENCE L | 01/08/2008 |
| 2008-M1-101597 | UNIFUND CCR PARTNE | HOLLOWAY LARRY | 01/08/2008 |
| 2008-M1-101601 | UNIFUND CCR PARTNE | HOFER AUTOMN | 01/08/2008 |
| 2008-M1-101605 | UNIFUND CCR PARTNE | TORRES ANGEL | 01/08/2008 |
| 2008-M1-101609 | UNIFUND CCR PARTNE | TYLER DOROTHY | 01/08/2008 |
| 2008-M1-101613 | UNIFUND CCR PARTNE | VICTOR HARRIS | 01/08/2008 |
| 2008-M1-101615 | UNIFUND CCR PARTNE | WEBSTER ARCHIE | 01/08/2008 |
| 2008-M1-101617 | UNIFUND CCR PARTNE | WHITSETT COLIE | 01/08/2008 |
| 2008-M1-101619 | UNIFUND CCR PARTNE | WIGGINS TRACIE Y | 01/08/2008 |
| 2008-M1-101620 | UNIFUND CCR PARTNE | WILLIAMS FELIX | 01/08/2008 |
| 2008-M1-101621 | UNIFUND CCR PARTNE | WILLIAMS LARRY J | 01/08/2008 |
| 2008-M1-101622 | UNIFUND CCR PARTNE | WILLS SANDRA E | 01/08/2008 |
| 2008-M1-101623 | UNIFUND CCR PARTNE | ZACARIAS DELFINO | 01/08/2008 |
| 2008-M1-101624 | UNIFUND CCR PARTNE | REGALA ALAN V | 01/08/2008 |
| 2008-M1-100914 | UNIFUND CCR PARTNE | BRADFORD CHARLES | 01/07/2008 |
| 2008-M1-100915 | UNIFUND CCR PARTNE | PARRISH MARY E | 01/07/2008 |
| 2008-M1-100916 | UNIFUND CCR PARTNE | PELLER LANE M | 01/07/2008 |
| 2008-M1-100917 | UNIFUND CCR PARTNE | BASSALI MICHAEL M | 01/07/2008 |
| 2008-M1-100918 | UNIFUND CCR PARTNE | BOYD SAPHRONIA | 01/07/2008 |
| 2008-M1-100919 | UNIFUND CCR PARTNE | HUSENGER GEORGE P | 01/07/2008 |
| 2008-M1-100920 | UNIFUND CCR PARTNE | GLENN MARGARET | 01/07/2008 |
| 2008-M1-100921 | UNIFUND CCR PARTNE | KWIE CINSKI SOPHIE | 01/07/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-100922 | UNIFUND CCR PARTNE | LAING ILANA V | 01/07/2008 |
| 2008-M1-100923 | UNIFUND CCR PARTNE | WINDER JOAN | 01/07/2008 |
| 2008-M1-100924 | UNIFUND CCR PARTNE | THURMAN MARGARET K | 01/07/2008 |
| 2008-M1-100570 | UNIFUND CCR PARTNE | THOMAS JACOB | 01/04/2008 |
| 2008-M1-100571 | UNIFUND CCR PARTNE | BOLOHAN MARCEL | 01/04/2008 |
| 2008-M1-100572 | UNIFUND CCR PARTNE | MADISON LISA | 01/04/2008 |
| 2008-M1-100573 | UNIFUND CCR PARTNE | PARHAM AVRAIL M | 01/04/2008 |
| 2008-M1-100574 | UNIFUND CCR PARTNE | GRIFFIN EDDIE J | 01/04/2008 |
| 2008-M1-100575 | UNIFUND CCR PARTNE | GROVES LOUISE E | 01/04/2008 |
| 2008-M1-100576 | UNIFUND CCR PARTNE | KLEVAN LAWRENCE W | 01/04/2008 |
| 2008-M1-100577 | UNIFUND CCR PARTNE | RUIZ CYNTHIA A | 01/04/2008 |
| 2008-M1-100578 | UNIFUND CCR PARTNE | MORAN ERIN | 01/04/2008 |
| 2008-M1-100579 | UNIFUND CCR PARTNE | PAZARAN ANTONIO R | 01/04/2008 |
| 2008-M1-100580 | UNIFUND CCR PARTNE | MUGADILI LEONARD | 01/04/2008 |
| 2008-M1-100000 | UNIFUND CCR PARTNE | MANFRED VISOCKAS | 01/02/2008 |
| 2008-M1-100001 | UNIFUND CCR PARTNE | NOAH TERRY G | 01/02/2008 |
| 2008-M1-100002 | UNIFUND CCR PARTNE | WILSON TASHA M | 01/02/2008 |
| 2008-M1-100003 | UNIFUND CCR PARTNE | SHARKEY JEROME | 01/02/2008 |
| 2008-M1-100004 | UNIFUND CCR PARTNE | TONY PRIETO | 01/02/2008 |
| 2008-M1-100005 | UNIFUND CCR PARTNE | WILMA KING | 01/02/2008 |
| 2008-M1-100006 | UNIFUND CCR PARTNE | OSBOURNE KEITH A | 01/02/2008 |
| 2008-M1- | UNIFUND CCR | | |

| 100007 | PARTNE | BROWN JANET | 01/02/2008 |
| 2008-M1-100008 | UNIFUND CCR PARTNE | HARPER THERON C | 01/02/2008 |
| 2008-M1-100009 | UNIFUND CCR PARTNE | REGALADO JUAN | 01/02/2008 |
| 2008-M1-100010 | UNIFUND CCR PARTNE | RIVERA JUDITH | 01/02/2008 |
| 2008-M1-100011 | UNIFUND CCR PARTNE | SALAHUDDIN JAMILLA | 01/02/2008 |
| 2008-M1-100012 | UNIFUND CCR PARTNE | SALAZAR BENITO | 01/02/2008 |
| 2008-M1-100013 | UNIFUND CCR PARTNE | SMITH AISHA M | 01/02/2008 |
| 2008-M1-100014 | UNIFUND CCR PARTNE | SMITH ILENE L | 01/02/2008 |
| 2008-M1-100015 | UNIFUND CCR PARTNE | PILCHER KATHY | 01/02/2008 |
| 2008-M1-100016 | UNIFUND CCR PARTNE | TATE ELBERT C | 01/02/2008 |
| 2008-M1-100017 | UNIFUND CCR PARTNE | SMITH LANNETTA M | 01/02/2008 |
| 2008-M1-100018 | UNIFUND CCR PARTNE | SMITH TIMOTHY | 01/02/2008 |
| 2008-M1-100019 | UNIFUND CCR PARTNE | WALKER MARTIN | 01/02/2008 |
| 2008-M1-100020 | UNIFUND CCR PARTNE | MUBASHIRUDDIN KHAJ | 01/02/2008 |
| 2008-M1-100021 | UNIFUND CCR PARTNE | KRUEGER ALBERT M | 01/02/2008 |
| 2008-M1-100022 | UNIFUND CCR PARTNE | RATTLIFFE TAMARA S | 01/02/2008 |
| 2008-M1-100023 | UNIFUND CCR PARTNE | NOVAK LYNNE M | 01/02/2008 |
| 2008-M1-100024 | UNIFUND CCR PARTNE | PANDOLFO VICTORIA | 01/02/2008 |
| 2008-M1-100203 | UNIFUND CCR PARTNE | STURGEON CHRISTINE | 01/02/2008 |
| 2008-M1-100204 | UNIFUND CCR PARTNE | DEJESUS GAYLE L | 01/02/2008 |
| 2008-M1-100205 | UNIFUND CCR PARTNE | CARLOS RAMIREZ | 01/02/2008 |
| 2008-M1-100206 | UNIFUND CCR PARTNE | CLARK CYNTHIA D | 01/02/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-100207 | UNIFUND CCR PARTNE | CHOE CINDY Y | 01/02/2008 |
| 2008-M1-100208 | UNIFUND CCR PARTNE | CHAMBERLAIN BRYAN | 01/02/2008 |
| 2008-M1-100209 | UNIFUND CCR PARTNE | CARTER CHRIS | 01/02/2008 |
| 2008-M1-100210 | UNIFUND CCR PARTNE | MORALES MARIA | 01/02/2008 |
| 2008-M1-100211 | UNIFUND CCR PARTNE | MILLER ERICA L | 01/02/2008 |
| 2008-M1-100212 | UNIFUND CCR PARTNE | MCCULLOUGH TOMMY | 01/02/2008 |
| 2008-M1-100213 | UNIFUND CCR PARTNE | THARPE RANDA A LUS | 01/02/2008 |
| 2008-M1-100214 | UNIFUND CCR PARTNE | KING THORNTON J | 01/02/2008 |
| 2008-M1-100215 | UNIFUND CCR PARTNE | KALDIS PERIKLIS | 01/02/2008 |
| 2008-M1-100216 | UNIFUND CCR PARTNE | YOUNG ROBIN | 01/02/2008 |
| 2008-M1-100217 | UNIFUND CCR PARTNE | WATSON DESIREA | 01/02/2008 |
| 2008-M1-100218 | UNIFUND CCR PARTNE | KHOURI NELLY J | 01/02/2008 |
| 2008-M1-100219 | UNIFUND CCR PARTNE | MELTON J W | 01/02/2008 |
| 2008-M1-100220 | UNIFUND CCR PARTNE | ROMERO MARTHA | 01/02/2008 |
| 2008-M1-100221 | UNIFUND CCR PARTNE | COLLIER MICHAEL D | 01/02/2008 |
| 2008-M1-100222 | UNIFUND CCR PARTNE | CROWLEY JAMES K | 01/02/2008 |
| 2008-M1-100223 | UNIFUND CCR PARTNE | ABUNAMOUS FERAS O | 01/02/2008 |
| 2008-M1-100227 | UNIFUND CCR PARTNE | JOHNSON MARY | 01/02/2008 |
| 2007-M1-257916 | UNIFUND CCR PARTNE | ZVERGZDYS EUGENIJA | 12/29/2007 |
| 2007-M1-257917 | UNIFUND CCR PARTNE | GIDDENS DOLLY A | 12/29/2007 |
| 2007-M1-257918 | UNIFUND CCR PARTNE | SANCHEZ AMERICO | 12/29/2007 |
| 2007-M1- | UNIFUND CCR | | |

| | | | |
|---|---|---|---|
| 257919 | PARTNE | ASEMGAR LAHOUCINE | 12/29/2007 |
| 2007-M1-257920 | UNIFUND CCR PARTNE | ATKINS ANN M | 12/29/2007 |
| 2007-M1-257921 | UNIFUND CCR PARTNE | CENTENO ARIEL | 12/29/2007 |
| 2007-M1-257922 | UNIFUND CCR PRTNRS | RUTH JOHNSON | 12/29/2007 |
| 2007-M1-257923 | UNIFUND CCR PARTNE | NIELSEN BRENT R | 12/29/2007 |
| 2007-M1-257924 | UNIFUND CCR PARTNE | BROWN NATANYA | 12/29/2007 |
| 2007-M1-257926 | UNIFUND CCR PARTNE | LLANOS MARIO | 12/29/2007 |
| 2007-M1-257927 | UNIFUND CCR PARTNE | DAWSON DAVID | 12/29/2007 |
| 2007-M1-257928 | UNIFUND CCR PARTNE | LIGHTFOOT SEAN | 12/29/2007 |
| 2007-M1-257929 | UNIFUND CCR PARTNE | MORIARTY MARK J | 12/29/2007 |
| 2007-M1-257930 | UNIFUND CCR PARTNE | MON ROSALIO | 12/29/2007 |
| 2007-M1-257931 | UNIFUND CCR PARTNE | FREEMAN DONNA | 12/29/2007 |
| 2007-M1-257932 | UNIFUND CCR PARTNE | SALAS ALICIA | 12/29/2007 |
| 2007-M1-257933 | UNIFUND CCR PARTNE | HENTZ VANESSA | 12/29/2007 |
| 2007-M1-257934 | UNIFUND CCR PARTNE | MILLER AMY M | 12/29/2007 |
| 2007-M1-257935 | UNIFUND CCR PARTNE | MORSE KENNETH E JR | 12/29/2007 |
| 2007-M1-257936 | UNIFUND CCR PARTNE | COLLINS ANIKA R | 12/29/2007 |
| 2007-M1-257937 | UNIFUND CCR PARTNE | BUTLER ANNE F | 12/29/2007 |
| 2007-M1-257938 | UNIFUND CCR PARTNE | BARTON CHARLES W | 12/29/2007 |
| 2007-M1-257939 | UNIFUND CCR PARTNE | CANSINO LORA M | 12/29/2007 |
| 2007-M1-257940 | UNIFUND CCR PARTNE | DRZAZINSKI EDWARD | 12/29/2007 |
| 2007-M1-257941 | UNIFUND CCR PARTNE | MATMANIVONG BOUNLA | 12/29/2007 |

| 2007-M1-257942 | UNIFUND CCR PARTNE | LANGSTON DELORES J | 12/29/2007 |
| 2007-M1-257943 | UNIFUND CCR PARTNE | POCIUS ALAN B | 12/29/2007 |
| 2007-M1-257945 | UNIFUND CCR PARTNE | MOSLEY DONALD T | 12/29/2007 |
| 2007-M1-257946 | UNIFUND CCR PARTNE | FANG FENG | 12/29/2007 |
| 2007-M1-257947 | UNIFUND CCR PARTNE | MONSERRAT PEDRO | 12/29/2007 |
| 2007-M1-257948 | UNIFUND CCR PARTNE | DIAZ ANDRES | 12/29/2007 |
| 2007-M1-257949 | UNIFUND CCR PARTNE | DRAIN EMMA L | 12/29/2007 |
| 2007-M1-257950 | UNIFUND CCR PARTNE | BUTLER PYTHENIA S | 12/29/2007 |
| 2007-M1-257951 | UNIFUND CCR PARTNE | MCDANIEL RENEE | 12/29/2007 |
| 2007-M1-257953 | UNIFUND CCR PARTNE | CULL GERALD M | 12/29/2007 |
| 2007-M1-257954 | UNIFUND CCR PARTNE | HARDGE TARA D | 12/29/2007 |
| 2007-M1-257955 | UNIFUND CCR PARTNE | BATISTA MAGALY | 12/29/2007 |
| 2007-M1-257956 | UNIFUND CCR PARTNE | GRANVILLE TENISHA | 12/29/2007 |
| 2007-M1-257957 | UNIFUND CCR PARTNE | ENIS JUDITH A | 12/29/2007 |
| 2007-M1-257958 | UNIFUND CCR PARTNE | HERNANDEZ ATANACIA | 12/29/2007 |
| 2007-M1-257959 | UNIFUND CCR PARTNE | ZURBA LEO | 12/29/2007 |
| 2007-M1-257960 | UNIFUND CCR PARTNE | WOODERS MARY F | 12/29/2007 |
| 2007-M1-257961 | UNIFUND CCR PARTNE | MILLER TYEISHA R | 12/29/2007 |
| 2007-M1-257962 | UNIFUND CCR PARTNE | APELLMAN MARK C | 12/29/2007 |
| 2007-M1-257963 | UNIFUND CCR PARTNE | KENNEDY SUSAN M | 12/29/2007 |
| 2007-M1-257964 | UNIFUND CCR PARTNE | HARRIS DEMARCUS | 12/29/2007 |
| 2007-M1- | UNIFUND CCR | | |

| | | | |
|---|---|---|---|
| 257965 | PARTNE | MELTON J | 12/29/2007 |
| 2007-M1-257236 | UNIFUND CCR PARTNE | EDWARDS DIANE S | 12/28/2007 |
| 2007-M1-257237 | UNIFUND CCR PARTNE | SMITH TYERRANCE A | 12/28/2007 |
| 2007-M1-257238 | UNIFUND CCR PARTNE | HANIK DIANE M | 12/28/2007 |
| 2007-M1-257239 | UNIFUND CCR PARTNE | HANIK DIANE M | 12/28/2007 |
| 2007-M1-257240 | UNIFUND CCR PARTNE | LAKIN ROSS M | 12/28/2007 |
| 2007-M1-257241 | UNIFUND CCR PARTNE | WILKES VALENCIA | 12/28/2007 |
| 2007-M1-257242 | UNIFUND CCR PARTNE | MISHIYEV MIKHIL | 12/28/2007 |
| 2007-M1-257243 | UNIFUND CCR PARTNE | MUSTAFAA EDWARD B | 12/28/2007 |
| 2007-M1-257244 | UNIFUND CCR PARTNE | TYLER TAMYCE N | 12/28/2007 |
| 2007-M1-257245 | UNIFUND CCR PARTNE | EVANS CEDRICK R | 12/28/2007 |
| 2007-M1-257320 | UNIFUND CCR PARTNE | SERRANO MANUEL | 12/28/2007 |
| 2007-M1-257353 | UNIFUND CCR PARTNE | BHATTE KISHOR | 12/28/2007 |
| 2007-M1-257354 | UNIFUND CCR PAETNE | CHRISTMON CHARIYA | 12/28/2007 |
| 2007-M1-257355 | UNIFUND CCR PARTNE | BANNISTER JOYCE S | 12/28/2007 |
| 2007-M1-257356 | UNIFUND CCR PARTNE | ANDERSON MELISA M | 12/28/2007 |
| 2007-M1-257357 | UNIFUND CCR PARTNE | ROBINSON JOSEPH | 12/28/2007 |
| 2007-M1-257358 | UNIFUND CCR PARTNE | NICK GIUFFRE | 12/28/2007 |
| 2007-M1-257359 | UNIFUND CCR PARTNE | PRICE VIDA M | 12/28/2007 |
| 2007-M1-257360 | UNIFUND CCR PARTNE | LANDRUM CANDACE | 12/28/2007 |
| 2007-M1-257361 | UNIFUND CCR PARTNE | SMITH AMELIA | 12/28/2007 |
| 2007-M1-257362 | UNIFUND CCR PARTNE | SIMMS TEMITRI D | 12/28/2007 |

| 2007-M1-257363 | UNIFUND CCR PARTNE | MARKADONATOS ELSIE | 12/28/2007 |
|---|---|---|---|
| 2007-M1-257364 | UNIFUND CCR PARTNE | LEBRON ALEXANDER P | 12/28/2007 |
| 2007-M1-257365 | UNIFUND CCR PARTNE | WYATT VIOLA D | 12/28/2007 |
| 2007-M1-257367 | UNIFUND CCR PARTNE | URIBE DANIELLE | 12/28/2007 |
| 2007-M1-257368 | UNIFUND CCR PARTEN | BETZ TERRI | 12/28/2007 |
| 2007-M1-257369 | UNIFUND CCR PARTNE | STUKALOV ALEXANDER | 12/28/2007 |
| 2007-M1-257370 | UNIFUND CCR PARTNE | SAYLES CLARICE H | 12/28/2007 |
| 2007-M1-257371 | UNIFUND CCR PARTNE | SANDERS TYRICE L | 12/28/2007 |
| 2007-M1-257372 | UNIFUND CCR PARTNE | BAIG BARBASR MIRZA | 12/28/2007 |
| 2007-M1-257373 | UNIFUND CCR PARTNE | ROBERT SMITH | 12/28/2007 |
| 2007-M1-257374 | UNIFUND CCR PARTNE | HOUSTON DEANDRE M | 12/28/2007 |
| 2007-M1-257375 | UNIFUND CCR PARTNE | WHITE MATTHEW W | 12/28/2007 |
| 2007-M1-257376 | UNIFUND CCR PARTNE | ROEBUCK ERICA G | 12/28/2007 |
| 2007-M1-257377 | UNIFUND CCR PARTNE | MCKINNON BRANDON | 12/28/2007 |
| 2007-M1-257403 | UNIFUND CCR PARTNE | ANTTIL TAKSINA NUA | 12/28/2007 |
| 2007-M1-257404 | UNIFUND CCR PARTNE | WARD JASON S | 12/28/2007 |
| 2007-M1-257405 | UNIFUND CCR PARTNE | MILLER DARDINA D | 12/28/2007 |
| 2007-M1-257407 | UNIFUND CCR PARTNE | BEA JANENE N | 12/28/2007 |
| 2007-M1-257408 | UNIFUND CCR PARTNE | ILKANIC SUSAN | 12/28/2007 |
| 2007-M1-257409 | UNIFUND CCR PARTNE | PILATE JOHN J | 12/28/2007 |
| 2007-M1-257410 | UNIFUND CCR PARTNE | BANKS PHYLLIS D | 12/28/2007 |
| 2007-M1- | UNIFUND CCR | | |

| | | | |
|---|---|---|---|
| 257411 | PARTNE | RODRIGUEZ NELIS M | 12/28/2007 |
| 2007-M1-257412 | UNIFUND CCR PARTNE | SNYDER MICHAEL J | 12/28/2007 |
| 2007-M1-257413 | UNIFUND CCR PARTNE | PAYNE MARTEZE D | 12/28/2007 |
| 2007-M1-257414 | UNIFUND CCR PARTNE | WOODARD SHATARA A | 12/28/2007 |
| 2007-M1-257415 | UNIFUND CCR PARTNE | HARVEY JOHN H | 12/28/2007 |
| 2007-M1-257416 | UNIFUND CCR PARTNE | CARRANZA ALEXIS | 12/28/2007 |
| 2007-M1-257417 | UNIFUND CCR PARTNE | HESLER BRIAN D | 12/28/2007 |
| 2007-M1-257418 | UNIFUND CCR PARTNE | DANIEL MICHAEL | 12/28/2007 |
| 2007-M1-257419 | UNIFUND CCR PARTNE | CLEMENSON VERONICA | 12/28/2007 |
| 2007-M1-257420 | UNIFUND CCR PARTNE | ALVERTOS STEVE | 12/28/2007 |
| 2007-M1-257421 | UNIFUND CCR PARTNE | SOBALA STANLEY M | 12/28/2007 |
| 2007-M1-257422 | UNIFUND CCR PARTNE | ULRICH DAVID L | 12/28/2007 |
| 2007-M1-257423 | UNIFUND CCR PARTNE | URBINATI CARL A | 12/28/2007 |
| 2007-M1-257424 | UNIFUND CCR PARTNE | BERENIS PAULIUS | 12/28/2007 |
| 2007-M1-257440 | UNIFUND CCR PARTNE | OLVERA SALVADOR | 12/28/2007 |
| 2007-M1-257441 | UNIFUND CCR PARTNE | BECERRA ROBERT | 12/28/2007 |
| 2007-M1-257442 | UNIFUND CCR PARTNE | ROBINSON JASON L | 12/28/2007 |
| 2007-M1-257443 | UNIFUND CCR PARTNE | UPSHAW EDWARD E | 12/28/2007 |
| 2007-M1-257444 | UNIFUND CCR PARTNE | BALDWIN KAREN | 12/28/2007 |
| 2007-M1-257445 | UNIFUND CCR PARTNE | ANGONE JAMES A | 12/28/2007 |
| 2007-M1-257446 | UNIFUND CCR PARTNE | LEWIS ANDREA S | 12/28/2007 |
| 2007-M1-257453 | UNIFUND CCR PARTNE | THOMAS CLIFFORD | 12/28/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-257464 | UNIFUND CCR PARTNE | WILLIAMS MACK C | 12/28/2007 |
| 2007-M1-257466 | UNIFUND CCR PARTNE | TEED JAMES T | 12/28/2007 |
| 2007-M1-257468 | UNIFUND CCR PARTNE | WOODARD SHATARA A | 12/28/2007 |
| 2007-M1-257475 | UNIFUND CCR PARTNE | GALLAGHER TIMOTHY | 12/28/2007 |
| 2007-M1-257477 | UNIFUND CCR PARTNE | FRICK DANIEL R | 12/28/2007 |
| 2007-M1-257478 | UNIFUND CCR PARTNE | JONES TRACY M | 12/28/2007 |
| 2007-M1-257479 | UNIFUND CCR PARTNE | HORTON TYRONE V | 12/28/2007 |
| 2007-M1-257480 | UNIFUND CCR PARTNE | HOEFFERLE ROBERT A | 12/28/2007 |
| 2007-M1-257481 | UNIFUND CCR PARTNE | TESARIK JULIA J | 12/28/2007 |
| 2007-M1-257482 | UNIFUND CCR PARTNE | THOMAS MORRIS | 12/28/2007 |
| 2007-M1-257483 | UNIFUND CCR PARTNE | TORRENS JAY | 12/28/2007 |
| 2007-M1-257484 | UNIFUND CCR PARTNE | TRUITE CARITHA J | 12/28/2007 |
| 2007-M1-257485 | UNIFUND CCR PARTNE | WCZESNIAK BOGDAN | 12/28/2007 |
| 2007-M1-257486 | UNIFUND CCR PARTNE | DELATORRE CHRISTIN | 12/28/2007 |
| 2007-M1-257487 | UNIFUND CCR PARTNE | COBBINS LOIS J | 12/28/2007 |
| 2007-M1-257488 | UNIFUND CCR PARTNE | BLUFORD NICHELLE V | 12/28/2007 |
| 2007-M1-257489 | UNIFUND CCR PARTNE | HARRIS KIM YOW | 12/28/2007 |
| 2007-M1-257490 | UNIFUND CCR PARTEN | SIMPSON DEMETRIUS | 12/28/2007 |
| 2007-M1-257491 | UNIFUND CCR PARTNE | SANDOVAL ELIDA | 12/28/2007 |
| 2007-M1-257492 | UNIFUND CCR PARTNE | SHEA VIRGINIA A | 12/28/2007 |
| 2007-M1-257493 | UNIFUND CCR PARTNE | SALAJ FADIL | 12/28/2007 |
| 2007-M1- | UNIFUND CCR | | |

| 256849 | PARTNE | RAY KENYATTA | 12/27/2007 |
| --- | --- | --- | --- |
| 2007-M1-256928 | UNIFUND CCR PARTNE | STUBBLEFIELD JAMIA | 12/27/2007 |
| 2007-M1-256929 | UNIFUND CCR PARTNE | ZGOLA MARCIN T | 12/27/2007 |
| 2007-M1-256930 | UNIFUND CCR PARTNE | TURK ERIN C | 12/27/2007 |
| 2007-M1-256931 | UNIFUND CCR PARTNE | HOBBS DEBY | 12/27/2007 |
| 2007-M1-256932 | UNIFUND CCR PARTNE | FORD CECILY | 12/27/2007 |
| 2007-M1-256933 | UNIFUND CCR PARTNE | WIGGINS JASON E | 12/27/2007 |
| 2007-M1-256934 | UNIFUND CCR PARTNE | THANH TAM L | 12/27/2007 |
| 2007-M1-256935 | UNIFUND CCR PARTNE | ALVAREZ BENJAMIN | 12/27/2007 |
| 2007-M1-256936 | UNIFUND CCR PARTNE | GROW KENNETH R | 12/27/2007 |
| 2007-M1-256937 | UNIFUND CCR PARTNE | SARE WELLINGTO A | 12/27/2007 |
| 2007-M1-256938 | UNIFUND CCR PARTNE | TRUSSELL LAMAR JR | 12/27/2007 |
| 2007-M1-256940 | UNIFUND CCR PARTNE | ROBLES DONNY | 12/27/2007 |
| 2007-M1-256941 | UNIFUND CCR PARTNE | BROWN ANTHONY G | 12/27/2007 |
| 2007-M1-256944 | UNIFUND CCR PARTNE | BROOKS BYRON C | 12/27/2007 |
| 2007-M1-256945 | UNIFUND CCR PARTNE | YOUNAN YOUNAN N | 12/27/2007 |
| 2007-M1-256946 | UNIFUND CCR PARTNE | STOVALL DONNY T | 12/27/2007 |
| 2007-M1-256947 | UNIFUND CCR PARTNE | WELTON VIRGIE S | 12/27/2007 |
| 2007-M1-256948 | UNIFUND CCR PARTNE | IGESS JESSIE L | 12/27/2007 |
| 2007-M1-256949 | UNIFUND CCR PARTNE | KIRBY SCQUETTA | 12/27/2007 |
| 2007-M1-256951 | UNIFUND CCR PARTNE | JIMENEZ ELIEZER | 12/27/2007 |
| 2007-M1-256952 | UNIFUND CCR PARTNE | LEE GLORIA M | 12/27/2007 |

| 2007-M1-256954 | UNIFUND CCR PARTNE | CONCEPCION ANA I | 12/27/2007 |
| 2007-M1-256955 | UNIFUND CCR PARTNE | BLACK MAMIE L | 12/27/2007 |
| 2007-M1-256956 | UNIFUND CCR PARTNE | STANLEY ANGELA S | 12/27/2007 |
| 2007-M1-256957 | UNIFUND CCR PARTNE | SUCILLA JOSE A | 12/27/2007 |
| 2007-M1-256958 | UNIFUND CCR PARTNE | JONES VALERIE L | 12/27/2007 |
| 2007-M1-256959 | UNIFUND CCR PARTNE | HICKS IRENE | 12/27/2007 |
| 2007-M1-256960 | UNIFUND CCR PARTNE | REYNA ADRIANA | 12/27/2007 |
| 2007-M1-256962 | UNIFUND CCR PARTNE | JEFFERY DAWN E | 12/27/2007 |
| 2007-M1-256963 | UNIFUND CCR PARTNE | WINDOM JOSEPH | 12/27/2007 |
| 2007-M1-256964 | UNIFUND CCR PARTNE | GILMORE JEROME | 12/27/2007 |
| 2007-M1-256966 | UNIFUND CCR PARTNE | WATSON JAVON | 12/27/2007 |
| 2007-M1-256967 | UNIFUND CCR PARTNE | AVILES PAUL | 12/27/2007 |
| 2007-M1-256968 | UNIFUND CCR PARTNE | GISSENDANNER A | 12/27/2007 |
| 2007-M1-256969 | UNIFUND CCR PARTNE | WILLIAMS RICKY D | 12/27/2007 |
| 2007-M1-256970 | UNIFUND CCR PARTNE | HAZELWOOD TREHN O | 12/27/2007 |
| 2007-M1-256971 | UNIFUND CCR PARTNE | MARTINO TRACY | 12/27/2007 |
| 2007-M1-256972 | UNIFUND CCR PARTNE | ALHAMDANI ALI B | 12/27/2007 |
| 2007-M1-256973 | UNIFUND CCR PARTNE | MONTANEZ LINDA | 12/27/2007 |
| 2007-M1-256974 | UNIFUND CCR PARTNE | ISRAEL VERDON | 12/27/2007 |
| 2007-M1-256976 | UNIFUND CCR PARTNE | WATKINS LERON | 12/27/2007 |
| 2007-M1-256977 | UNIFUND CCR PARTNE | MALAVE AARON | 12/27/2007 |
| 2007-M1- | UNIFUND CCR | | |

| | | | |
|---|---|---|---|
| 256991 | PARTNE | MC INTYRE WILLIE M | 12/27/2007 |
| 2007-M1-256997 | UNIFUND CCR PARTNE | MAZE WALTER S | 12/27/2007 |
| 2007-M1-257002 | UNIFUND CCR PARTNE | SCOTT GEORGE R | 12/27/2007 |
| 2007-M1-257006 | UNIFUND CCR PARTNE | KHAN JAHANGIR | 12/27/2007 |
| 2007-M1-257009 | UNIFUND CCR PARTNE | RUIZ FRANK | 12/27/2007 |
| 2007-M1-257013 | UNIFUND CCR PARTNE | BRUESSARD SHARON D | 12/27/2007 |
| 2007-M1-257062 | UNIFUND CCR PARTNE | KHAMIS MERVET K | 12/27/2007 |
| 2007-M1-257063 | UNIFUND CCR PARTNE | HERNANDEZ REINA | 12/27/2007 |
| 2007-M1-257064 | UNIFUND CCR PARTNE | GRAYER JUNE M | 12/27/2007 |
| 2007-M1-257065 | UNIFUND CCR PARTNE | DAVIS TERRENCE T | 12/27/2007 |
| 2007-M1-257066 | UNIFUND CCR PARTNE | BARRERA JUANA | 12/27/2007 |
| 2007-M1-257067 | UNIFUND CCR PARTNE | STEVENSON QUEEN E | 12/27/2007 |
| 2007-M1-257069 | UNIFUND CCR PARTNE | SHARPLEY EVITA | 12/27/2007 |
| 2007-M1-257071 | UNIFUND CCR PARTNE | PISCHKE RAYMOND W | 12/27/2007 |
| 2007-M1-257072 | UNIFUND CCR PARTNE | OMALLEY SANDRA L | 12/27/2007 |
| 2007-M1-257075 | UNIFUND CCR PARTNE | MORRIS DEON | 12/27/2007 |
| 2007-M1-257078 | UNIFUND CCR PARTNE | TOWNSEND ROBERT L | 12/27/2007 |
| 2007-M1-257081 | UNIFUND CCR PARTNE | DOCKERY KEVIN A | 12/27/2007 |
| 2007-M1-257082 | UNIFUND CCR PARTNE | DAVIS JANICE C | 12/27/2007 |
| 2007-M1-257084 | UNIFUND CCR PARTNE | DAHNKE PATRICIA M | 12/27/2007 |
| 2007-M1-257087 | UNIFUND CCR PARTNE | BOLLENBACHER BRIAN | 12/27/2007 |
| 2007-M1-257090 | UNIFUND CCR PARTNE | BONDS KYLA C | 12/27/2007 |

| 2007-M1-257093 | UNIFUND CCR PARTNE | CAMPOS ELIZABET M | 12/27/2007 |
| --- | --- | --- | --- |
| 2007-M1-257096 | UNIFUND CCR PARTNE | CASTILLO CAROLINA | 12/27/2007 |
| 2007-M1-257098 | UNIFUND CCR PARTNE | SUGGS MARY | 12/27/2007 |
| 2007-M1-257101 | UNIFUND CCR PARTNE | ROBINSON TAJUANA | 12/27/2007 |
| 2007-M1-257103 | UNIFUND CCR PARTNE | SMART DEBORAH L | 12/27/2007 |
| 2007-M1-257105 | UNIFUND CCR PARTNE | ROBINSON LYDIA J | 12/27/2007 |
| 2007-M1-257148 | UNIFUND CCR PARTNE | JONES PATRICIA A | 12/27/2007 |
| 2007-M1-257149 | UNIFUND CCR PARTNE | LANGE DILITTA | 12/27/2007 |
| 2007-M1-257150 | UNIFUND CCR PARTNE | FLEMMING KISHONA M | 12/27/2007 |
| 2007-M1-257151 | UNIFUND CCR PARTNE | PETTIGREW GWENDOLY | 12/27/2007 |
| 2007-M1-257188 | UNIFUND CCR PARTNE | BERKTOLD ROBERT E | 12/27/2007 |
| 2007-M1-257189 | UNIFUND CCR PARTNE | KENNEDY DONALD L | 12/27/2007 |
| 2007-M1-257190 | UNIFUND CCR PARTNE | PATTEN EDWARD C | 12/27/2007 |
| 2007-M1-257191 | UNIFUND CCR PARTNE | SCHUMM SUSAN D | 12/27/2007 |
| 2007-M1-257192 | UNIFUND CCR PARTNE | GLOVER JOHNNY T | 12/27/2007 |
| 2007-M1-257193 | UNIFUND CCR PARTNE | ENEA AUREL | 12/27/2007 |
| 2007-M1-257194 | UNIFUND CCR PARTNE | CHAPMAN SYLVESTER | 12/27/2007 |

Return to Search Page

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIFUND CCR PARTNERS; )<br>CREDIT CARD RECEIVABLES )<br>FUND, INC., and )<br>ZB LIMITED PARTNERSHIP, )<br>)<br>Defendants. ) | 08-C-1005<br><br>Judge Guzman<br>Magistrate Judge Ashman |

### DECLARATION OF DANIEL A. EDELMAN

Daniel A. Edelman declares under penalty of perjury, as provided for by 28 U.S.C. §1746, that the following statements are true:

1. Edelman, Combs, Latturner & Goodwin, LLC, has 5 principals, Daniel A. Edelman, Cathleen M. Combs, James O. Latturner, Tara L. Goodwin, and Michelle R. Teggelaar and 9 associates.

2. **Daniel A. Edelman** is a 1976 graduate of the University of Chicago Law School. From 1976 to 1981 he was an associate at the Chicago office of Kirkland & Ellis with heavy involvement in the defense of consumer class action litigation (such as the General Motors Engine Interchange cases). In 1981 he became an associate at Reuben & Proctor, a medium-sized firm formed by some former Kirkland & Ellis lawyers, and was made a partner there in 1982. From the end of 1985 he has been in private practice in downtown Chicago. Virtually all of his practice involves litigation on behalf of consumers, mostly through class actions. He is the co-author of Rosmarin & Edelman, Consumer Class Action Manual (2d-4th editions, National Consumer Law Center 1990, 1995 and 1999); author of Payday Loans: Big Interest Rates and Little Regulation, 11 Loy.Consumer L.Rptr. 174 (1999); author of Consumer Fraud and Insurance Claims, in Bad Faith and Extracontractual Damage Claims in Insurance Litigation, Chicago Bar Ass'n 1992; co-author of Chapter 8, "Fair Debt Collection Practices Act," Ohio Consumer Law (1995 ed.); co-author of Fair Debt Collection: The Need for Private Enforcement, 7 Loy.Consumer L.Rptr. 89 (1995); author of An Overview of The Fair Debt Collection Practices Act, in Financial Services Litigation, Practicing Law Institute (1999); co-author of Residential Mortgage Litigation, in Financial Services Litigation, Practicing Law