**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, | ) ) ) | 08-C-1005 |
| Plaintiff, | ) ) ) | Judge Guzman |
| | ) | Magistrate Judge Ashman |
| v. | ) ) | |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

     **PLEASE TAKE NOTICE,** that on July 23, 2008, I caused to be filed with the Magistrate Judge Ashman in room 1386 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, the following document: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which is attached hereto and hereby served upon you. This motion is for class certification with an amendment, per the Court's order of July 22, 2008. The class certification motion was previously noticed for February 28, 2008. A briefing schedule has already been entered; therefore, Plaintiff will not notice this motion for hearing.

                                                            s/ Daniel A. Edelman
                                                             Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603-3406
(312) 739-4200
(312) 419-0379 (Fax)

**CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on July 23, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via the Court's ECF system on the following individuals:

Joseph P. Kincaid
jkincaid@smbtrials.com

Kathleen A. Kelley
kkelley@smbtrials.com

                                                   s/Daniel A. Edelman
                                                 Daniel A. Edelman