UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Paul Cox

        Plaintiff,

v.                 Case No.: 1:08−cv−01005
                    Honorable Ronald A. Guzman

Unifund CCR Partners, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

  MINUTE entry before the Honorable Martin C. Ashman: Plaintiff's time to file their reply to their motion to certify class [61], [11] is extended to 8/22/2008 as stated orally in open court on 7/22/2008. Oral argument of 8/20/2008 is stricken. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.