IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 1005 |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT UNIFUND'S SUPPLEMENTAL ANSWERS TO CERTAIN REQUESTS FOR ADMISSION

Defendant Unifund CCR Partners (hereinafter referred to as "Unifund") hereby submits its supplemental answers to certain requests for admissions as follows:

19.   Defendants never sent <u>Appendix A</u> by mail.

**ANSWER:**   Defendant admits that the exact document attached as <u>Appendix A</u> was not sent to Paul Cox by mail. Defendant denies that a document similar to <u>Appendix A</u> is never sent by mail. Defendant denies all allegations that it does not specifically admit.

**Swanson, Martin, & Bell, LLP**

/s/   Kathleen A. Kelley
One of the Attorneys for Defendants

Joseph P. Kincaid
Kathleen A. Kelley
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
Tele: (312) 321-9100
Fax: (312) 321-0990

EXHIBIT B

## CERTIFICATE OF SERVICE

    I, Kathleen A. Kelley, certify that I served this document (Defendant Unifund CCR Partners' Supplemental Answers to Plaintiff's Requests for Admission) upon the following:

    Daniel A. Edelman
    Cathleen M. Combs
    James O. Latturner
    Tiffany Hardy
    EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
    120 S. LaSalle St., 18th Floor
    Chicago, Illinois 60603
    FAX: (312) 419-0379

in person (in court) on this 24th day of June, 2008.

                                                                          /s/ Kathleen A. Kelley

[x]    Under penalties as provided by law, I certify that the statements set forth herein are true and correct.