IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL COX, individually and on behalf of the classes defined herein, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08C 1005 |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | Magistrate Judge Martin C. Ashman |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Daniel A. Edelman
 Cathleen M. Combs
 James O. Latturner
 Tiffany N. Hardy
 EDELMAN, COMBS, LATTURNER, & GOODWINS, LLC
 120 S. LaSalle Street, 18th Floor
 Chicago, Illinois  60603

You are hereby notified that on **August 1, 2008,** I filed the **Defendants' Response in Opposition to Plaintiff's Motion to Compel** through the court's electronic filing system, a copy of which is hereby served upon you.

  __/s/ Kathleen A. Kelley_____
  One of the Attorneys for Defendants

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Defendants' Response in Opposition to Plaintiff's Motion to Compel** to be sent via e-filing to all attorneys of record (listed above), on August 1, 2008.

                                                                                        _/s/  Kathleen A. Kelley_____