# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN  DIVISION

| | | |
|---|---|---|
| PAUL COX,   individually and on behalf | ) | |
| of the classes defined herein, | ) | 08-C-1005 |
| | ) | |
| Plaintiff, | ) | Judge Guzman |
| | ) | Magistrate Judge Ashman |
| v. | ) | |
| | ) | |
| UNIFUND CCR PARTNERS; | ) | |
| CREDIT CARD RECEIVABLES | ) | |
| FUND, INC.,  and | ) | |
| ZB LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**          **(See attached service list.**)

          **PLEASE TAKE NOTICE** that on August 19, 2008, at 10:30 a.m., we will appear before Judge Ashman in room 1386 of the United States District Court, for the Northen District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and present: **PLAINTIFF'S MOTION (1)TO COMPEL AND (2) FOR AN EXTENSION OF TIME**.


                                        s/ Tiffany N. Hardy
                                        Tiffany N. Hardy


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
          & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL   60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN  DIVISION**

| | | |
|---|---|---|
| PAUL COX,   individually and on behalf | ) | |
| of the classes defined herein, | ) | 08-C-1005 |
| | ) | |
| Plaintiff, | ) | Judge Guzman |
| | ) | Magistrate Judge Ashman |
| v. | ) | |
| | ) | |
| UNIFUND CCR PARTNERS; | ) | |
| CREDIT CARD RECEIVABLES | ) | |
|     FUND, INC.,  and | ) | |
| ZB LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

**To:**          **(See attached service list.**)

          **PLEASE TAKE NOTICE** that on August 19, 2008, at 10:30 a.m., we will appear before Judge Ashman in room 1386 of the United States District Court, for the Northen District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and present: **PLAINTIFF'S MOTION (1)TO COMPEL AND (2) FOR AN EXTENSION OF TIME**.

<u>s/ Tiffany N. Hardy</u>
Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL   60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, hereby certify that on August 14, 2008, the foregoing document was filed electronically.  A copy of the foregoing document was served via the Court's ECF system on the following individuals:


Joseph P. Kincaid
jkincaid@smbtrials.com

Kathleen A. Kelley
kkelley@smbtrials.com

s/ Tiffany N. Hardy<br>Tiffany N. Hardy

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, hereby certify that on August 14, 2008, the foregoing document was filed electronically.  A copy of the foregoing document was served via the Court's ECF system on the following individuals:


Joseph P. Kincaid
jkincaid@smbtrials.com

Kathleen A. Kelley
kkelley@smbtrials.com

s/ Tiffany N. Hardy
Tiffany N. Hardy
