**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Paul Cox

                        Plaintiff,

v.                                                 Case No.: 1:08−cv−01005
                                                 Honorable Ronald A. Guzman

Unifund CCR Partners, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Plaintiff's motion to compel defendants to respond to plaintiff's discovery requests [45] is withdrawn. Motion hearing held on 8/15/2008 regarding motion to compel [45]. Plaintiff's time to file their reply to their motion for class certification [61], [11] is extended to 9/22/2008. Oral argument on plaintiff's motion for class certification [61], [11] is reset to 9/29/2008 at 10:30 AM. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.